IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KEVIN M. CRONIN,**<br>**KEVIN M. CRONIN II,**<br>**DYLAN R. CRONIN,**<br><br>    **Defendants.** | Case: 1:22−mj−00132<br>Assigned To: Magistrate Judge Zia M. Faruqui<br>Assign. Date: 6/7/2022<br>Description: Complaint with Arrest Warrant<br><br>**18 U.S.C. § 1752 (a)(1)**<br>**(Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority)**<br>**18 U.S.C. § 1752(a)(2)**<br>**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)**<br>**18 U.S.C. § 1752(a)(4)**<br>**(Engaging in Physical Violence in a Restricted Building or Grounds)**<br>**40 U.S.C. § 5104(e)(2)(D)**<br>**(Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building)**<br>**40 U.S.C. § 5104(e)(2)(F)**<br>**(Engaging in Physical Violence in a Capitol Building)**<br>**40 U.S.C. § 5104(e)(2)(G)**<br>**(Parading, Demonstrating, or Picketing in a Capitol Building)**<br>**18 U.S.C. § 1361**<br>**(Damaging Property of the United States)** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE