**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 22-mj-132 (ZMF)** |
| **v.** | **:** | |
| | **:** | |
| **KEVIN M. CRONIN,** | **:** | |
| **KEVIN M. CRONIN II,** | **:** | |
| **DYLAN R. CRONIN,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**NOTICE OF APPEARANCE**

The United States of America, through undersigned counsel, hereby informs the Court

that Trial Attorney Will N. Widman is entering his appearance in the above-captioned matter as

counsel for the United States.

Respectfully submitted,

DATED: June 23, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Will N. Widman*
Will N. Widman
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 23rd day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Will N. Widman*
Will N. Widman
Trial Attorney, Detailee