IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**KEVIN M. CRONIN,**<br>**KEVIN M. CRONIN II, and**<br>**DYLAN R. CRONIN**<br><br>**Defendants.** | Case No. 22-cr-233 (ABJ) |

### ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further ORDERED that the currently scheduled status hearing on November 10, 2022, be continued for good cause to January 9, 2023; and it is further

**ORDERED** that the time between November 10, 2022, and January 9, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and the parties additional time to review discovery; and it is further

**ORDERED** that the next hearing be held by video teleconferencing (VTC) pursuant to Rule 43(b). In the interim, the defendants will file written waivers of their right to an in-person hearing.

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT COURT JUDGE