Rev. 9/2011

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v. Criminal Case No.: 22-233-03 (ABJ)

Dylan R. Cronin

**PASSPORT RECEIPT**

Defendant's passport, number 499403728, has been surrendered to the undersigned Deputy Clerk.

ANGELA D. CAESAR, Clerk

By: Dylan Rhylei Cronin
Defendant

By: [signature]
Deputy Clerk

*[Page content is rotated 180°; visible handwritten items include:]*

Dylan R. Cronin

22-cr-233-03 (ABJ)

4194403735

Dylan Rhyle Cronin