IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *   Case No.: **22-cr-233 ABJ** |
| **DYLAN RHYLEI CRONIN** | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT

COMES NOW, the Defendant Dylan Rhylei Cronin, by and through counsel, Michael E. Lawlor, and Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to continue the status conference currently scheduled for Tuesday, January 31, 2023, and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

1. Per prior Order of the Court, Mr. Cronin is scheduled to appear before this Honorable Court on Tuesday, January 31, 2023 at 2:00 p.m. for a status conference in the above-referenced case.

2. Undersigned counsel respectfully asks for a continuance of the status conference, and the exclusion of that time for Speedy Trial purposes, for the following reasons.

    a. The parties have reached a plea agreement in this case. A Rule 11 hearing is presently scheduled for Friday, February 24, 2023 at 2:00p.m.

3. Undersigned counsel has discussed this request with Mr. Cronin, and is authorized to state that he is in agreement with the instant request, and consents to exclusion of time under the Speedy Trial Act.

4. Undersigned counsel has also contacted Assistant United States Attorney Will Widman, and is authorized to state that the United States does not oppose this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference date set for Tuesday, January 31, 2023, and exclude that time from the Speedy Trial calculation in this case.

        Respectfully submitted,

        /s/
        _____
        Michael E. Lawlor, Bar ID: 459767
        Brennan, McKenna & Lawlor, Chtd.
        6305 Ivy Lane, Suite 700
        Greenbelt, Maryland 20770
        301.474.0044
        mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor