IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *  Case No.: **22-cr-233 ABJ** |
| **DYLAN RHYLEI CRONIN** | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2023:

**ORDERED**, that the Consent Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Tuesday, January 31, 2023 is hereby continued, and that this time is excluded from the Speedy Trial calculation in this case.

_____
UNITED STATES JUDGE