CO 526 Rev. 5/2018

**FILED**

FEB 24 2023

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 22-233-3 (ABJ) |
| ) | |
| DYLAN RHYLEI CRONIN ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved: _____
Amy Berman Jackson
United States Magistrate Judge

Date: 2/24/2023

