UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                          22-CR-233-01 ABJ

KEVIN M. CRONIN

LEAVE TO FILE DOCUMENT

Kevin Cronin, through counsel now moves to file the attached document DD Form 214 as an addendum to his Sentencing Memorandum.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. DC 273276
Appointed by the Court for Kevin Cronin
1702 S Street NW
Washington, D.C. 20009
Tel. 202 265 8210