IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *   Case No. 22-cr-233-ABJ |
| DYLAN RHYLEI CRONIN | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Dylan Cronin, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to continue sentencing in this matter. In support of this Motion, counsel states as follows:

1. On February 24, 2023, Mr. Cronin appeared before the Court and pled guilty to Counts One and Seven of the Information filed against him. (Plea Agreement, ECF No. 49.) This Court set sentencing for June 23, 2023.

2. At this time, Mr. Cronin respectfully requests that this Court continue sentencing in this matter for a date in July convenient for the Court and the parties.

3. This week, the undersigned counsel began a jury trial in the Circuit Court for Montgomery County, Maryland. *See State v. Jose Oyarce*, No. C-15-CR-22-795. That trial is scheduled to conclude late this week. On Tuesday, June 20, 2023, the undersigned will begin another jury trial in a related matter. *See State v. Jose Oyarce*, No. 138871C. Accordingly, the undersigned requires additional time

1

to meet with Mr. Cronin, prepare a sentencing memorandum, and prepare for the sentencing hearing.

4. This Motion is unopposed. The undersigned counsel contacted Assistant United States Attorney Will Widman, who has indicated that the Government does not oppose this request.

5. Should the Court grant this Motion, the parties will confer and propose dates in July for the sentencing hearing.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that this Honorable Court continue sentencing in this matter to a date in July convenient for both the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor