## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *   **Case No.: 22-cr-233 ABJ** |
| **DYLAN RHYLEI CRONIN** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Unopposed Motion to Continue Sentencing. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2023:

**ORDERED**, that the Unopposed Motion to Continue Sentencing be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the sentencing scheduled for June 23, 2023 is hereby continued to a date that is convenient to the Court and all parties.

_____
UNITED STATES JUDGE