IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 22-cr-233-ABJ |
| DYLAN RHYLEI CRONIN | * |
| | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Dylan Cronin, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to continue sentencing in this matter. In support of this Motion, counsel states as follows:

1. On February 24, 2023, Mr. Cronin appeared before the Court and pled guilty to Counts One and Seven of the Information filed against him. (Plea Agreement, ECF No. 49.) After a prior continuance, the Court set sentencing for July 19, 2023.

2. At this time, Mr. Cronin respectfully requests that this Court continue sentencing in this matter for a date in the week of August 21 convenient for the Court and the parties.

3. Next week, the undersigned counsel will appear for a bench trial before Judge Leon of this Court in *United States v. Chad Jones*, No. 21-cr-213-RJL. The trial in that case is expected to take 4 days, finishing on July 20, 2023.

4. This Motion is unopposed. The undersigned counsel contacted Assistant United States Attorney Will Widman, who has indicated that the Government does not oppose this request.

5. The undersigned counsel will be on leave at the end of this month. AUSA Widman starts a trial at the beginning of August. The parties have conferred and would propose setting the sentencing in this matter for a date during the week of August 21, 2023.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that this Honorable Court continue sentencing in this matter to a date during the week of August 21, 2023 convenient for both the Court and the parties.

        Respectfully submitted,

        /s/
        _____
        Michael E. Lawlor
        Brennan, McKenna & Lawlor, Chtd.
        6305 Ivy Lane, Suite 700
        Greenbelt, Maryland 20770
        301.474.0044
        mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor