IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     \*

    vs.     \*    **Case No.: 22-cr-233 ABJ**

**DYLAN RHYLEI CRONIN**     \*

    **Defendant**     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER OF THE COURT**

This matter is before the Court on the defendant's Unopposed Motion to Continue Sentencing. The Court having considered the motion, being fully advised, it is this \_\_\_\_\_ day of _____, 2023:

**ORDERED**, that the Unopposed Motion to Continue Sentencing be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the sentencing scheduled for July 19, 2023 is hereby continued to a date during the week of August 21, 2023 that is convenient to the Court and all parties

_____
UNITED STATES JUDGE