UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-CR-00233 (ABJ) |
| v. : | |
| : | |
| DYLAN R. CRONIN, : | |
| : | |
| Defendant. : | |

NOTICE OF FILING OF VIDEO
PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit 3: Open-source video showing Cronin at the rally
- Exhibit 4: Rioter video showing Cronin at the Upper West Plaza
- Exhibit 5: Open-source video showing Cronin at the Upper West Plaza
- Exhibit 6: Body worn camera video showing Cronin at the Upper West Plaza
- Exhibit 7: Surveillance video showing Cronin enter the Capitol building
- Exhibit 8: Surveillance video showing Cronin in the Statuary Hall connector
- Exhibit 9: Rioter video showing Cronin in House Corridors
- Exhibit 10: Rioter video showing Cronin in House Corridors
- Exhibit 11: Surveillance video showing Cronin exit the Capitol building
- Exhibit 12: Surveillance video showing Cronin re-enter the Capitol building

1

- Exhibit 13: Open-source video showing Cronin near the Speaker's Lobby
- Exhibit 14: Body worn camera video showing Cronin at Upper House Door foyer
- Exhibit 15: Open-source video showing Cronin being removed from the Capitol building
- Exhibit 16: Rioter video showing Cronin at the East Central Steps

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY


By:     s/ *Will N. Widman*
        WILL N. WIDMAN
        Trial Attorney, Detailee