IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 22-cr-233-ABJ |
| DYLAN RHYLEI CRONIN | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Dylan Cronin, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to continue sentencing in this matter. In support of this Motion, counsel states as follows:

1. On February 24, 2023, Mr. Cronin appeared before the Court and pled guilty to Counts One and Seven of the Information filed against him. (Plea Agreement, ECF No. 49.) After a prior continuance, the Court set sentencing for Thursday, August 24, 2023 at 3:00 p.m.

2. At this time, Mr. Cronin respectfully requests that this Court continue sentencing in this matter.  Undersigned counsel has a scheduling conflict on Thursday, August 24, 2023, namely his appearance is required at a multi-defendant hearing in the Eastern District of Virginia on August 24 (*U.S. v. Reaves*).  The date in the Eastern District case was not cleared with counsel before being set.

3. This Motion is unopposed. The undersigned counsel contacted Assistant United States Attorney Will N. Widman, who has indicated that the Government does not oppose this request.

4. The parties have conferred and would propose setting the sentencing in this matter for a date during the week of September 5, 2023, or anytime thereafter.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that this Honorable Court continue sentencing in this matter to a date during the week of September 5, 2023, or any other time convenient for both the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor