IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| vs. * | **Case No.: 22-cr-233 ABJ** |
| **DYLAN RHYLEI CRONIN** * | |
| **Defendant** * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER OF THE COURT**

This matter is before the Court on the defendant's Unopposed Motion to Continue Sentencing. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2023:

**ORDERED**, that the Unopposed Motion to Continue Sentencing be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the sentencing scheduled for Thursday, August 24, 2023 is hereby continued to a date during the week of September 5, 2023 that is convenient to the Court and all parties.

_____
UNITED STATES JUDGE