IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *    Case No. 22-cr-233-ABJ |
| DYLAN RHYLEI CRONIN | * |
| | * |
| Defendant. | * |

**UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE**

The Defendant, Dylan Cronin, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to extend his self-surrender date to January 3, 2024. In support of this Motion, counsel states as follows:

1. On February 24, 2023, Mr. Cronin appeared before the Court and pled guilty to Counts One and Seven of the Information filed against him. (Plea Agreement, ECF No. 49.)

2. On September 8, 2023, Mr. Cronin appeared before the Court for sentencing. The Court sentenced Mr. Cronin to total term of imprisonment of eight months, followed by one year of supervised release. (Judgment, ECF No. 92.) The Court permitted Mr. Cronin to self-surrender to the Bureau of Prisons.

3. Mr. Cronin has been directed to report to USP Lompoc on October 26, 2023.

1

4. At this time, Mr. Cronin respectfully requests that this Court extend his self-surrender date through January 3, 2024.

5. As the Court knows, this past Spring, Mr. Cronin's mother unexpectedly passed away after experiencing a medical emergency. Mr. Cronin and his family are still struggling with their grief. This holiday season will be the first for the family without Mr. Cronin's mother. Mr. Cronin humbly requests that the Court permit him to spend the holiday season with his family before he reports to serve his sentence of imprisonment.

6. This Motion is unopposed. The undersigned counsel contacted Assistant United States Attorney Will Widman, who has indicated that the Government does not oppose this request.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that this Honorable Court extend his self-surrender date through January 3, 2024.

    Respectfully submitted,

    /s/
    _____
    Michael E. Lawlor
    Brennan, McKenna & Lawlor, Chtd.
    6305 Ivy Lane, Suite 700
    Greenbelt, Maryland 20770
    301.474.0044
    mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor