IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *   Case No. 22-cr-233-ABJ |
| DYLAN RHYLEI CRONIN | * |
| Defendant. | * |

**PROPOSED ORDER OF THE COURT**

This matter is before the Court on the defendant's Unopposed Motion to Extend Self-Surrender Date. The Court having considered the Motion, being fully advised, it is this _____ day of _____, 2023:

**ORDERED**, that the Motion be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that Mr. Cronin's self-surrender date is extended to January 3, 2024.

_____
UNITED STATES DISTRICT JUDGE