UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 22-0233-3 (ABJ) |
| DYLAN RHYLEI CRONIN, | ) |
| Defendant. | ) |

**ORDER**

Defendant Dylan R. Cronin has moved to extend the date on which he is to self-surrender to the Bureau of Prisons. [Dkt. # 95]. The motion is unopposed, and given the defendant's acceptance of responsibility and compliance with his conditions of release, the motion is **GRANTED**. Therefore, it is hereby

**ORDERED** that the date for the defendant's self-surrender will be extended until **January 3, 2024** or any date thereafter as determined by the Bureau of Prisons. The defendant must self-surrender for service of the sentence at the institution and on the date designated by the Bureau of Prisons as notified by the Pretrial Services Agency or U.S. Probation Office.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: October 23, 2023