```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
      UNITED STATES OF AMERICA,
 3                                        Criminal Case
                        Plaintiff(s),     No. 22-00233 ABJ
 4           v.
                                          Washington, D.C.
 5    DYLAN RHYLEI CRONIN,
                                          September 8, 2023
 6                   Defendant(s).

 7    ---------------------------------------------------------

 8                SENTENCING HEARING HELD VIA ZOOM
                 BEFORE THE HONORABLE AMY B. JACKSON
 9                  UNITED STATES DISTRICT JUDGE

10    APPEARANCES:

11    FOR THE PLAINTIFF(S):  Will Widman, Esquire
                             United States Department of Justice
12                           1301 New York Avenue Northwest
                             Washington, D.C. 20530
13


14
      FOR THE DEFENDANT(S):  Michael E. Lawlor, Esquire
15                           Adam Demetriou, Esquire
                             Brennan, McKenna & Lawlor
16                           6305 Ivy Lane
                             Suite 700
17                           Greenbelt, Maryland 20770

18


19


20    REPORTED BY:           Tammy Nestor, RMR, CRR
                             Official Court Reporter
21                           333 Constitution Avenue Northwest
                             Washington, D.C. 20001
22                           tammy_nestor@dcd.uscourts.gov

23


24


25
```

1    The following proceedings began at 1:05 p.m.:

2        THE COURTROOM DEPUTY:  This Honorable Court is now

3    in session.  Judge Amy Berman Jackson is presiding.

4        Good afternoon, Your Honor.

5        THE COURT:  Good afternoon.

6        THE COURTROOM DEPUTY:  We are here today for

7    sentencing in Criminal Action 22-233, United States of

8    America versus Dylan Rhylei Cronin, defendant No. 3.

9        Beginning with counsel for the government, could you

10   please state your name for the record.

11       MR. WIDMAN:  Good afternoon, Your Honor.  Will

12   Widman for the United States.

13       THE COURT:  Good afternoon.

14       MR. LAWLOR:  Good afternoon, Your Honor.  Michael

15   Lawlor and Adam Demetriou on behalf of Dylan Cronin, who is

16   present on Zoom, Your Honor.  Mr. Cronin agrees to waive

17   his right to be present in court and agrees to have this

18   hearing proceed via Zoom, Your Honor.

19       THE COURT:  All right.  Thank you.

20       THE PROBATION OFFICER:  Good afternoon, Your Honor.

21   Jessica Reichler on behalf of United States Probation

22   Office.

23       THE COURT:  All right.  And, Mr. Cronin, I want to

24   make sure you can see and hear all of us.  I also want to

25   confirm what your counsel just told me, that you do agree

1    to proceed by video today.  This is an important

2    proceeding, and you have the right to be here in person.

3          THE DEFENDANT:  Your Honor, I can hear everyone

4    clearly, and I do waive my right to be there in person,

5    Your Honor.

6          THE COURT:  The final revised presentence report was

7    filed in this case on June 15.  Mr. Lawlor, have both you

8    and your client had an opportunity to review it?

9          MR. WIDMAN:  Yes, we have, Your Honor.

10          THE COURT:  I don't believe there are any factual or

11    legal disputes that need to be resolved in connection with

12    the presentence report.  Is that correct?

13          MR. WIDMAN:  That is correct from the view of the

14    defense, Your Honor, yes.

15          THE COURT:  I don't think the government had any

16    objections either.

17          MR. LAWLOR:  No, Your Honor.

18          THE COURT:  All right.  So I am going to accept the

19    presentence report as undisputed and as part of my findings

20    of fact at sentencing.

21          I have also received additional materials concerning

22    the defendant including the government's memorandum in aid

23    of sentencing and some video and photo exhibits, and I have

24    received the defendant's memorandum in aid of sentencing

25    and a number of attachments that included very heartfelt

1    letters from your father, Kevin Cronin; your sister

2    Isabella; your Aunt Elsa in Louisiana, who is the sister of

3    your beloved late mother; also a letter from another aunt

4    Kelly, who is an educator and learning specialist in South

5    Dakota; your Uncle Kirby, who is also an educator; and most

6    importantly, I received a letter from the defendant

7    himself.  I want to assure you and all of those people that

8    I read and appreciated all of those letters.

9         Mr. Cronin, in a criminal case, there's a statute

10   that tells me how I'm supposed to go about deciding what

11   the sentence should be.  It's 18 U.S. Code, Section 3553.

12   It lists a number of important factors, and one of the

13   things I must consider according to the statute is what the

14   sentencing guidelines would recommend as the appropriate

15   sentence in your case.

16        The parties talked about that in the plea agreement,

17   and as I understand it, there is no disagreement as to what

18   those guidelines will recommend.

19        So I am required at sentencing to say what that is,

20   and I am going to do that, but I do want to underscore that

21   that's just the starting point for the sentencing

22   procedure.

23        Under the guidelines for Count 1, 18 U.S. Code,

24   Section 1752(a)(1), the remaining on restricted grounds,

25   under Guideline Section 2B2.3(a), we start at a base

offense level of 4.  And under Section 2B2.3(b)(1)(A),
there's an increase of two levels bringing that offense to
a level 6.

Count 7, the destruction of property charge in
violation of 18 U.S. Code, Section 1361, the base level
under section 2B1.5 was 8.  Again, there was an increase
under section 2B1.5(b)(2) of two levels bringing that to
ten.

The guidelines have rules for how you group
different counts.  You start with the one that is higher,
and then you add a certain number of points depending on
how many counts had been grouped together.  Ultimately, the
parties are agreed and the presentence report found for all
the reasons that are detailed in it that if you add up all
of that, we end up with a base offense level of 12.

Given the fact that this defendant has accepted his
responsibility and entered a plea of guilty in this case,
there is a two-level reduction, bringing us to an offense
level of level 10.

Defendant has no prior criminal history, so he is in
criminal history category I.  And therefore, given the
calculation of the offense level of 10 and his criminal
history category score, the guidelines would recommend a
sentence between 6 and 12 months.  And if a fine was to be
paid, it would recommend a fine in the range of 4,000 to

1    40,000 dollars.

2          So none of that is in dispute.  That's what the

3    guidelines say.  And now what we really need to talk about

4    is what is the appropriate sentence in this case under all

5    of the sentencing factors.

6          Mr. Widman, would the government like an opportunity

7    to speak regarding the sentence in this case?

8          MR. WIDMAN:  Yes, briefly, Your Honor.  Thank you.

9          The government has submitted a sentencing memo that

10   highlights both aggravating and mitigating factors in this

11   case.  The Court has read and is familiar with those facts.

12   And based on those facts, a sentence of one year

13   incarceration is appropriate in this case.

14         Mr. Cronin was near the very front of the barricade

15   line on the upper west plaza where he witnessed violence

16   between rioters and police officers including various

17   assaults, deployment of tear gas, chemical spray, and fire

18   extinguishers as well as the detonation of a flash-bang.

19   But nonetheless, he joined the mob of hundreds who advanced

20   toward the Capitol Building.

21         On the upper west plaza, the government believes

22   Mr. Cronin picked up and sprayed a fire extinguisher

23   towards the police line.  Mr. Cronin then traveled to the

24   Senate wing door where he assisted in the first breach of

25   the Capitol Building on January 6 by first kicking at the

1    Senate wing door from the outside and then by using a piece

2    of broken lumber to help others break a window pane.

3          Mr. Cronin was the 13th rioter to enter the Capitol

4    Building on January 6.  He traveled to several different

5    locations within the building including two locations never

6    seen by his father or his brother.  Mr. Cronin joined and

7    encouraged others to join a surge of rioters that moved

8    through a connector hallway connecting Statuary Hall to the

9    House chamber.

10         Mr. Cronin then entered the Capitol Building -- in

11   total, Mr. Cronin entered the building on three separate

12   occasions, twice through the Senate wing door, and once

13   through the upper House door.

14         Ultimately, Mr. Cronin did not leave voluntarily.

15   Rather, he stayed inside until he and other rioters were

16   forced out of the building.

17         The government certainly recognizes that the Court

18   may consider some mitigating factors in this case.

19   Mr. Cronin deserves respect for his prior military service.

20   Mr. Cronin has accepted a guilty plea -- entered a guilty

21   plea early, and he gave a debrief with FBI investigators

22   pursuant to the term of his plea agreement.

23         However, I will add that during that debrief,

24   Mr. Cronin did not take the opportunity to apologize for

25   his actions or express remorse.  On several occasions he

1    described the events of January 6 in grandiose terms, and

2    he gave certain statements which the government believes to

3    be false including denying deploying a fire extinguisher,

4    not hearing fire alarms inside the building, and not having

5    retained any videos or images from January 6.

6          A mob overwhelmed police officers and federal law

7    enforcement on January 6 and overtook the Capitol, and that

8    would not have been possible without the defendant's

9    participation.

10          Your Honor, this is one of the most egregious

11    misdemeanor cases that I have seen.  Mr. Cronin's actions

12    contributed to the mayhem and destruction on January 6.

13    And in assisting others break that window adjacent to the

14    Senate wing door, which was the first breach of that day

15    which, led to hundreds of others entering the Capitol.

16          For those reasons, the government is asking for a

17    sentence at the top end of the guideline range of 12 months

18    incarceration followed by a term of 12 months supervised

19    release.  Thank you.

20          THE COURT:  All right.  Thank you, Mr. Widman.

21          Mr. Lawlor, would you like to speak on the

22    defendant's behalf?

23          MR. WIDMAN:  Yes, Your Honor.  Thank you.

24          Your Honor, at the outset, I do feel compelled to

25    take issue with a couple of the comments made by the

government.  One is this motion that Mr. Cronin sprayed or
used or fired, whatever the correct terminology is, this
fire extinguisher.

Number one, the government's language is that they
believe this happened which is evident of their lack of
proof that Mr. Cronin did, in fact, engage in that conduct.
But more importantly, Your Honor, I won't raise this in
semantics hiding behind a burden of proof, I will say that
Mr. Cronin affirmatively did not do what the government
says that he did.  And it's, again, not a matter of a lack
of proof.  If the Court wants to put Mr. Cronin under oath
at this hearing and ask him questions or if Mr. Widman
wants to ask him questions under oath at this hearing,
Mr. Cronin will answer all questions because we are
affirmatively saying that that event did not occur.  And so
that's the first point.

The second point, Your Honor, again, I take issue
with is the government's notion that Mr. Cronin didn't
apologize at the debrief and/or is not remorseful.  So I
was not at the debrief.  Mr. Demetriou was present
virtually, if you will.  And what Mr. Cronin was advised by
his attorneys to do was to listen to the questions that
were asked and to answer them truthfully.  At no point was
he given an opportunity to allocute.  He was not asked
whether or not he was remorseful or apologetic.  We never

1    instructed him to make a statement of remorse.

2         But more importantly, Your Honor, you have read his

3    letter and the letters from the people that surround

4    Mr. Cronin, his family, and the people closest to him.  And

5    there's very, very little doubt that Mr. Cronin is, in

6    fact, very remorseful for what he did on January 6.

7         So I think for the government to suggest that he's

8    not remorseful is -- I think it's inaccurate, Your Honor,

9    and I think it's -- I think it's an unfortunate tact for

10   the government to take in the absence -- rather, what I

11   should say, Your Honor, in the face of what is an obvious

12   expression of genuine remorse by Mr. Cronin, again, not

13   just based on the fact that he pled guilty, but, Your

14   Honor, if you read the letter that Mr. Cronin wrote, you

15   can see that this is somebody who is, in fact, genuinely

16   sorry for the role that he took on January 6.

17        Your Honor, regarding the 3553(a) factors, I have

18   been an attorney for 26 years, Your Honor, and only a

19   criminal defense attorney, so I have probably been to a

20   thousand sentencings, 500, 800.  I've never read a letter

21   that I thought was more profound than the one that

22   Mr. Cronin wrote.

23        I am not going to allocute about his history and

24   characteristics because I think the only thing that I would

25   be doing would be repeating what's in, not only his letter,

1    but the letter that his father wrote, the letter that his

2    brother wrote, the letters that his family wrote.

3         I don't think I can -- other than being a lawyer and

4    pretend that I get paid by the word, I don't think I can

5    say anything better about Mr. Cronin's character, his

6    remorse, his history and characteristics, and how he's

7    lived his life any better than what's in those letters,

8    which leads me really to the one salient point that I think

9    I can add to this discussion, which is what is an

10   appropriate punishment, Your Honor.

11        I think the government's request for the high end

12   here of 12 months is not a reasonable sentence, Your Honor.

13   I do want to add one thing in terms of the sentencing

14   guidelines.  Your Honor, I'm sure, knows that in November

15   the guidelines will change, and people who, like

16   Mr. Cronin, have no criminal history and have committed an

17   offense that does not include certain factors like the

18   offenses that Mr. Cronin has pled guilty to will be

19   eligible for a two-level reduction under the guidelines.

20        Like I said, based on the lack of criminal history

21   and based on ten other factors that a defendant will have

22   to prove in order to be eligible for that reduction,

23   Mr. Cronin --

24        THE COURT:  No one has raised that with me before,

25   and I understand -- I don't have any problem taking changes

1     in the guidelines into consideration now in an anticipatory

2     fashion, and I don't know really how restrained I feel one

3     way or the other by these guidelines given the limited room

4     to maneuver I have anyway under the two statutes, and I

5     understand that position completely with respect to the

6     entering and remaining on restricted grounds, but I'm not

7     sure if the destruction of a window in this case under

8     these circumstances would fall within that exception.

9          There's broad -- I don't know how they are defining

10    violence and force in the new version of the guidelines

11    yet, and I certainly haven't seen any briefing and couldn't

12    say one way or the other if this would qualify or wouldn't

13    qualify.

14          MR. WIDMAN:  Your Honor, I just want to say one

15    thing.  I'm not arguing this as a guideline factor.  I'm

16    arguing it as a 3553(a) factor.

17          THE COURT:  I understand that.  I know you are not

18    disputing the guidelines.  But I am saying if I am supposed

19    to consider the fact that the guidelines would come out

20    different as a reason to vary, what I want to know is is

21    that the case with Count 7.

22          MR. WIDMAN:  Your Honor, again, I will ask the

23    Court, I have the list and I'm confident having reviewed it

24    that Mr. Cronin, were this sentencing to occur in 60 days,

25    would be eligible for the two levels.  Again, I don't want

1    to sandbag the government or the Court because, like I

2    said, I think it's more of a 3553(a) factor or, you know,

3    it would be the akin to overrepresentation of criminal

4    history.

5         But here what the commission has said is if you

6    have, number one, no criminal history, and number two, the

7    offense that you are found guilty of does or does not have

8    these ten factors, then like I said, you would be eligible

9    for this two-level reduction, number one.  That would

10   change the guidelines in this case, were it November 1, to

11   0 to 6 months incarceration, and the guidelines will

12   suggest that a non-jail sentence under these circumstances

13   would be appropriate.

14        So again, I --

15        THE COURT:  Do you want to read the ten factors into

16   the record because I most certainly do not have them in

17   front of me.

18        MR. WIDMAN:  I sure will, Your Honor, if I can have

19   your indulgence.

20        I am just going through my emails here.  Court's

21   indulgence, please.

22        Your Honor, they are:

23        No. 1, the defendant did not receive any criminal

24   history points from Chapter 4, Part A.

25        No. 2, the defendant did not receive an adjustment

1     under 3A1.4, which is terrorism.

2         No. 3, the defendant did not use violence or

3     credible threats of violence in connection with the

4     offense.

5         No. 4, the offense did not result in death or

6     serious bodily injury.

7         No. 5, the instant offense of conviction is not a

8     sex offense.

9         No. 6, the defendant did not personally cause

10     substantial financial hardship.

11         No. 7 has to do with firearms.  It's not applicable

12     here.  I can read it word for word, but it's lengthy.

13         No. 8, the instant offense of conviction is not

14     covered by 2H1.1 offenses involving individual rights.

15         9, the defendant did not receive an adjustment under

16     3A1.1., hate crime motivation or vulnerable victim; or

17     3A1.5, serious human rights offense.

18         And finally 10, the defendant did not receive an

19     adjustment under 3.1.1 aggravating role and was not engaged

20     in continuing criminal enterprise as defined in 21 U.S.C.

21     848.

22         I believe, Your Honor, that Mr. Cronin satisfies

23     each of those ten factors and, therefore, would be eligible

24     for this departure were we in the month of November.

25         But, Your Honor, the argument I am making is part of

1     what is an appropriate punishment in this case.  I realize

2     that, you know, we sort of work in a system where jail is

3     kind of a one size fits all punishment in the system.  And

4     I think for a person like Mr. Cronin, a person of his

5     character to be sent to jail for 30 or 60 or 90 days or 365

6     days is a waste of his time and, more importantly, just

7     lacks a punishment that could better serve not only him,

8     but the community.

9          You can see that Mr. Cronin is a person of, you

10    know, profound character, Your Honor.  And so imagine the

11    things that he could or would do if the Court said you have

12    to do 3,000 hours of community service or a hundred or 500

13    or whatever the number was.  And you know, Your Honor,

14    looking at the things that Mr. Cronin engages himself in

15    and the way he lives his life and the people who have

16    touched him like his mother and have guided him to do these

17    kinds of things without an order of court, you know that

18    Mr. Cronin would not put a headset on and go pick up trash

19    by the side of the highway.  You know that Mr. Cronin would

20    involve himself in some sort of community service that

21    would, in fact, have a profound impact on the community.

22          And so it's in cases like these, Your Honor, where

23    I, like I said, as someone who has been in the system for

24    as long as I have, you know, I continue to be befuddled

25    that prison is the only thing we have come up with in terms

1    of a way to punish people for committing crimes.

2           And I think this case presents an opportunity where,

3    on the one side, you have someone who's committed two

4    misdemeanors, and on the other side, you have someone with

5    no criminal history and an ability to really improve the

6    lives of other people.

7           And so my submission, Your Honor -- as I said, I can

8    read from the letters and talk about the history and

9    characteristics of Mr. Cronin, but those letters sum that

10   up a lot better than I could.

11          There is the guideline issue, but most importantly,

12   Your Honor, I am just asking the Court to take a different

13   view of what punishment is.  I mean, I understand that

14   there is deterrence also.  I don't think Mr. Cronin needs

15   deterrence.

16          I realize the Court may think that deterrence is

17   appropriate in these cases for, you know, the many others

18   who might think that the way to handle a democratic

19   disagreement is by taking violent action, and so I can

20   appreciate that there's a need to deter others.  But I do

21   believe even in that instance, along with punishment being

22   a one size fits all proposition for jail, that punishment

23   and deterrence of others can come in other sizes and

24   shapes.

25          And the fact that Mr. Cronin has now a criminal

record, and if the Court agreed with my recommendation, would have, you know, say an equal number of hours of community service, you know, 24 hours times 365 days, give him that many hours of community service, Your Honor, you know, I think others would be deterred by that message.  It is still punishment, but it serves Mr. Cronin and the community in a lot better fashion, Your Honor.

So that's my request, Your Honor, and thank you for listening.

THE COURT:  Thank you, Mr. Lawlor.

Mr. Cronin, I have read your letter.  This is your opportunity if there's anything you would like to say that you want me to consider before I impose sentence in this case.

THE DEFENDANT:  Yes, Your Honor.  Your Honor, members of the court, and all those present today, I stand before you with a heavy heart overwhelmed by the gravity of my actions, the pain that they have caused to the government and most importantly to my own family.

I want to express my sincere remorse and offer an apology from the depths of my soul.  There have been times my life has been marked by a profound loss, the passing of my dear mother.  Her departure has been a stark reminder of the things that truly matter in life, and it has illuminated a path towards understanding the value of

family.  I now see with painful clarity that regardless of our beliefs, our convictions, and our aspirations, the essence of our existence resolves around family.  It's the reassuring voice on the other end of the line, the unconditional love that remains steadfast no matter age or circumstance.  It's the feeling of security and warmth that I deeply miss.

I must confess that I allowed my strong political views to obscure my judgment and divert my attention from what truly matters in life.  In doing so, I not only caused harm to the government and society, but more significantly, I strained the bonds that should have been my greatest source of support and comfort, my family.

To the government and society at large, I am profoundly sorry for my actions and any adverse consequences that they may have caused.  I deeply regret any disruption or distress that resulted from my choices.

My most heartfelt apologies I reserve for my family. I allowed my political convictions to drive a wedge within our cherished relationships.  I neglected to fully appreciate and cherish the moments with my mother while she was with us.  I'm acutely aware of the irreplaceable value of her love, guidance, and unwavering support.  I miss her profoundly.

This experience has been a stark wake-up call for

me, one that has compelled me to reassess my priorities and

values.  I'm actively seeking guidance and counseling to

gain a better perspective on what truly matters in life.  I

am dedicated to making amends and becoming a responsible,

law-abiding member of society.

Your Honor, I fully comprehend the consequences of

my actions, and I am prepared to accept the Court's

judgment.  I earnestly request your understanding and

leniency as I embarked on a journey of personal growth and

healing with the aim of rebuilding my relationships that

mean the world to me, especially with those with my family.

In closing, I wish to reiterate my sincere apologies

for those that I have hurt, that I have caused to the

government and to society, and most of all to my beloved

family.  I am committed to making amends and living a life

that places family and community above all else.

Thank you for granting me the opportunity to address

the Court today, and I hope that one day I can prove

through my actions that I have completely changed.

Thank you.

THE COURT:  Thank you, Mr. Cronin.  I appreciate

your comments.

What I would like to do now is to take a short

break.  I read everything.  I had a lot of thoughts coming

into the courtroom, but I think it's important to absorb

1   everything that I have heard here and to make a

2   determination about what your sentence should be.  I am

3   going to leave the courtroom.  I am going to do that.  I

4   ask you to just please stay connected through the Zoom.

5   Don't hang up.  And I will return when I am prepared to

6   impose sentence.  It ought to be probably about 15 minutes.

7   Thank you.

8           (A recess was taken at 1:33 p.m.)

9           THE COURTROOM DEPUTY:  This Honorable Court is the

10  again in session.  Amy Berman Jackson is presiding.

11          THE COURT:  Thank you, everyone, for your patience

12  and for everyone's advocacy this afternoon.

13          Every defendant in every one of these cases is

14  different, and every sentence really has to be considered

15  individually.  And this has not been an easy one.  And so I

16  am going to go through all the factors of the statute

17  because I always do that before I even think about what the

18  sentence should be because they are all important.

19          The first is the nature and circumstances of the

20  offense, and that's a long-winded way of saying what did

21  you do.

22          And it's true that, unlike in many other cases,

23  there's no evidence that you were whipping up enthusiasm

24  for an attack on Congress or a war or a revolution on

25  January 6 before you got here.  You managed, though, to end

1    up at the very forefront of the group walking from the

2    Ellipse after the former president's speech, and you were

3    personally involved in extremely aggressive conduct.

4         It is undisputed that when you walked to the Capitol

5    upon January 6, at that very moment, U.S. Capitol was

6    closed to the public while, in accordance with the United

7    States Constitution, a joint session of Congress was

8    convened to certify the vote of the Electoral College in

9    the 2020 presidential election.

10        Vice President Mike Pence, a republican, was present

11   and presiding as the Constitution required him to do.  The

12   United States Capitol Police officers surrounding the

13   building, federal law enforcement officers doing their

14   sworn duty, were overcome.

15        Mr. Cronin was one of the many individuals who made

16   his way into the building and past the officers who were

17   attempting to keep the crowd away from the building and

18   away from the people inside.

19        The video evidence is really important here because

20   you simply cannot watch the videos and believe that there

21   was any confusion on the part of the members of the family

22   that they weren't supposed to be there and that they were

23   breaking the law.

24        This defendant had to get past the signs, the

25   helmeted police attempting to form a line and maintain a

barricade while people are literally pulling the barricade
apart and throwing it back at them, the announcements on
the loudspeaker, the tear gas, and the chaos he was helping
to create.

You can see him in Exhibit 5 right up front at the
police line where the air is thick with smoke and spray.
And if you watch Government's Exhibits 4 and 5, there can
be no doubt that it was abundantly clear that the
protesters were not supposed to enter the building.  And
the defendant admitted that in his interview.  He heard the
police say get back.

You can also see people just as upset about the
election as the defendant was obeying the officers'
instructions and turning back and continuing their protest
outside.  Notwithstanding his military background and his
character, the defendant was not one of them.  He pushes
towards the very front.

The exhibits show that there's a point where it is
obvious that the protesters cannot walk any further towards
the building unless and until the officers and the bike
rack barricade are overcome through hand-to-hand combat.
This point is not just a rally or just a protest anymore.
We are not talking about legitimate First Amendment
activity at this point.

This is where the incident with fire extinguisher

1   takes place.  I have looked at Exhibits 5 and 6.

2   Government says if you look at it closely, Exhibit 5, and

3   then you look at Exhibit 6 and you look at where the

4   defendant was, the timing and the position is entirely

5   consistent with the notion that he sprayed it.  The

6   defendant says absolutely not.  And I accept Mr. Lawlor's

7   representation that the defendant would tell me that to my

8   face under oath or not under oath that he did not spray it.

9   He just picked it up.

10          I'm not sure I can think of a good reason for him to

11  have it in his hands.  It could be that he was no longer an

12  observer and he's joined the offense, or it could be, as he

13  said, he was just going to put it down somewhere else.  But

14  that part of the day is not anything I am going to consider

15  in imposing my sentence today.  It's not part of the

16  charge.  It's not part of the plea.  The evidence isn't

17  entirely clear.  And my sentence would be the same either

18  way.

19          It's not necessary to go there because when you see

20  the family walking up the staircase and onto the upper west

21  terrace, you are watching intentional conduct.  No one made

22  them go up there.  They didn't just get caught up in the

23  crowd.  And when they get there, the building was still

24  secure.

25          Once they arrive at the Senate wing doors, though,

1   Dylan goes to work.  I don't know if the letter writers

2   have watched this, but he tries to kick in the locked door

3   from the outside more than once.  It doesn't work.  And

4   then unsatisfied with his lack of success, he goes to the

5   window where another member of the mob is trying to break

6   through.  He finds a piece of lumber on the ground, and he

7   takes it to the window.  Eventually, due to his efforts and

8   those of others, the window is completely shattered.  That

9   is at 12:12 p.m.  And people immediately start climbing in.

10  He was the 13th person.

11       To put this into context, this was the very first

12  breach of the Capitol by any of the rioters, and it served

13  as a critical entry point immediately afterwards for a

14  steady wave of them.  The government said it was one of the

15  two largest breach points at the Capitol that day.

16       Dylan, himself, entered at 2:13 through the window

17  he helped to break.  His broken window enables the few

18  already inside to accomplish the breach of the doors by

19  kicking them outwards.  Dylan is not one of them, but he's

20  standing right there and he's cheering them on.  And that's

21  how the other Cronins and countless other people make their

22  way inside.

23       At that point the certification process was

24  interrupted as members of Congress and the vice president

25  had to be whisked to safety or were forced to hide.

1          After being reunited with his father and brother,

2     the defendant picked up a piece of lumber again and heads

3     off towards the Senate side of the building waving it and

4     chanting.  Later he returns to the Senate wing door foyer

5     to greet others coming in.

6          All three men exit at that point, but the two

7     younger men aren't satisfied.  They come back in at 2:24.

8     They go to the crypt.  They go to the Statuary Hall.  They

9     make it to the very narrow hallway between the Statuary

10    Hall and the House chamber itself.

11         There were members of Congress and staff inside just

12    on the other side of the door cowering in fear, praying for

13    their lives, wondering if they would ever see their

14    children again.

15         The crowd, which is angry and loud, is stopped by a

16    line of police notwithstanding Dylan's efforts to get the

17    crowd going.  This does not fall within the definition of

18    sightseeing, Mr. Cronin.

19         Kevin, II leaves the building at 2:38, but what does

20    Dylan do?  We know that he's still around the House chamber

21    and the Senate lobby while the mob advances up to it.  He's

22    there when rioters become aware that Ashli Babbitt has been

23    shot.  He leaves at approximately 2:46, but he's still not

24    done.  He makes his way back in through the upper House

25    door, and he's inside for another ten minutes or more until

1    the officers force him to leave.  He does not leave until

2    he is pushed.

3         Whether this was planned in advance or a spontaneous

4    response to the unlawful calls from the speakers to go up

5    to the Hill and fight and make sure the election was not

6    certified, that was the point of being there, to disrupt

7    the process.

8         The defense says these are just two misdemeanors

9    that you are sentencing him for.  The government says this

10   is the most egregious misdemeanor case he's seen.  And I

11   have to agree, at least with respect to my caseload, which

12   is all I have seen.

13        I've seen that window and people who went in that

14   window in case after case after case, and I was absolutely

15   shocked the first time I saw the video in this case and

16   realized it was the defendant in my caseload from this

17   family that had broken the window.

18        But it's also a significant aspect of the nature and

19   circumstances of the offense that the defendant did not do

20   anything else destructive or violent once he got inside.

21        I need to emphasize to you, Mr. Cronin, that you are

22   not here today because you supported the former president

23   or because you had strong political views.  You are

24   entitled to those.

25        Millions of people voted for the former president,

1    and they did not heed his call to descend on the nation's

2    Capitol.  You are not here because you decided to attend

3    his speech on the Ellipse or even because you walked up

4    Pennsylvania Avenue; although, not everyone did.  But of

5    the thousands who did, not everybody found it necessary to

6    enter the building much less to break and enter.

7         You were arrested because you went inside when you

8    knew full well it was prohibited.  But that's not the worst

9    of it.  You are here before me today because you tried to

10   kick in the locked door of the United States Capitol.

11        And I really need to let that sink in for a minute

12   when we talk about just a misdemeanor.  It's not the same

13   case as the case of your father or your brother.  It's not

14   the same case as the hundreds of others charged with just

15   the parading and picketing and demonstrating offense.

16        And if that wasn't enough, you are standing before

17   me because you picked up a piece of lumber and participated

18   in the effort to smash and shatter a window, a window of

19   the United States Capitol, not just any building, the

20   building that houses the entire legislative branch of the

21   United States.  It's where both the House of

22   Representatives and the Senate meet individually and only

23   very infrequently and on that day where they meet together.

24        You are a student of history I have been told.  You

25   knew this.  And it's not even just that building.  It's a

symbol.  The United States Capitol is a symbol of

democracy, or at least it used to be, to the entire world.

You broke into it on the day when we were engaged in the

essential thing that makes America America, the peaceful

transfer of power, the very things you have been trained

and sworn to defend for every single day that you have

served in the military.

        You broke the law.  You became an enthusiastic

participant in the effort, not only to protest, but to undo

the election, to subvert democracy which is based on the

will of the people and replace it with the will of the mob.

It's not acceptable.  It's not.

        It's not the only thing I am supposed to think

about, though.  I am also supposed to consider the history

and characteristics of the defendant.  His conduct does

stand out as an anomaly.  You are a high school graduate,

26-year-old former Army reservist.  You got your technical

training in the Army, and you're employed as an information

technology technician now.  No prior criminal history.  No

substance abuse issues.  You have been fully compliant with

your conditions of release.

        And a very essential part of who you are is that you

come from a very close and loving family and a family that

recently has suffered a sudden and painful loss of the

person who loved you all and played such an important role

in inspiring you and holding you all up and holding you all together.

I do believe strongly that she is still with all of you and she's still watching over you every day and she clearly lives on in all of your hearts. I was moved to read the passage in your letter about how you feel somehow responsible knowing how disappointed and upset she was about the fact that you went and then the cases that were pending against you and your brother and your father.

I was glad to hear because I was going to ask you to consider getting some help to come to grips with it all. I'm glad you are doing that. I think it's important. But I want to assure you that while what happened to your mother was tragic, it wasn't your fault. Strokes can just happen even to extremely healthy and happy people.

You have told me a lot about who you are, your hard work and perseverance, your values and your ethics. And that's been echoed by the people who took the time and trouble to write to me. I appreciate your expressions of remorse, and I believe when you are talking about how you feel about the impact on your family you are being extremely sincere.

But you can't not notice when you read your letter and especially when I heard you today that what you emphasized over and over again, you have used words like

most importantly and most significantly, that what you are
sorry for is what you did to your family.

I don't doubt that what I have been told about you,
your reliability, your integrity, your helpfulness, your
commitment to country and helping others is true, but it's
also beyond doubt that that person, that man that you can
be, did not present himself in Washington, D.C. on
January 6.  There's just a huge disconnect between the man
in the letters and the man in the video, and you are the
only one who bears responsibility for that difference.

The fact that you could be arrested and charged and
face consequences that could affect your family didn't seem
to bother you much when the officers told you to step back.
No one who looks at the videos could come to the conclusion
that you just got caught up in documenting the moment, as
you told the officers.  The videos show you were caught up
in the breaking and entry and you were caught up in the
defiance.  It's not like you are walking around quietly
filming.

And the fact that I do believe, as your family and
friends do, that you can be and have been capable of much
more just isn't enough to enable me to overlook what you
did that day.

The statute says that the Court is required to
impose a sentence that is sufficient but not greater than

1    necessary to accomplish the purposes that are set out in

2    the statute.  And therefore, another factor I must consider

3    is the need for the sentence imposed to reflect the

4    seriousness of the offense, to promote respect for the law,

5    to provide just punishment for the offense, to afford

6    adequate deterrence to criminal conduct.

7          These are fundamental aspects of a criminal sentence

8    that we can't simply ignore particularly when there are

9    those who continue to try to minimize the significance of

10   the events of January 6, to liken the rioters to tourists.

11   You were doing some of that yourself when you were talking

12   to the FBI.  But tourists don't have to break into the

13   building.

14         I do agree with Mr. Lawlor that the tools that are

15   given to me by the criminal justice system are blunt

16   instruments and that sometimes more nuance and creativity

17   is required.  I don't have a lot of wiggle room there.  But

18   I'm not sure that in your case as someone who doesn't have

19   substance abuse problems, doesn't need to be put in an

20   educational program, already works, already does community

21   service, that ordering you to do all of those things would

22   fulfill the purposes of reflecting the seriousness of the

23   offense and punishment.

24         I do believe that not much more is needed to deter

25   you from criminal conduct or to protect the public from

1  you, so those factors don't weigh heavily in my decision.

2      I am also supposed to think about the need to avoid

3  unwarranted sentencing disparities among defendants with

4  similar records who have been found guilty of similar

5  conduct.  The guidelines are supposed to serve that

6  function.  They recommend some incarceration here where

7  possibly they wouldn't a few months from now.

8      Ensuring that the sentence fairly reflects where you

9  fall on the spectrum of individuals arrested in connection

10  with January 6 has largely been accomplished by the offer

11  of a misdemeanor plea which reduced your exposure

12  substantially.  If the case hadn't involved the window and

13  you had only pled guilty to the parading misdemeanor, I'm

14  not sure that this would even be a case for probation,

15  though, given the number of times you went inside and the

16  total amount of time you went there.

17      For instance, Kevin, II, your brother, received a

18  short sentence for being in there for less time than you

19  did.

20      Some convicted of that parading offense have gotten

21  probation.  But in my courtroom, those tend to be people in

22  cases with some significant extenuating circumstances.

23      And you didn't just plead to the parading or

24  demonstrating six-month misdemeanor as your other family

25  members did.  You also had to -- you pled to the year

1    misdemeanor of entering and remaining in a restricted

2    building or grounds, but you also pled to destruction of

3    property, and I think you have received a lot of

4    consideration from the government when they only asked you

5    to plead to the misdemeanor count.

6         Dominic Pezzola, the man you were helping finish the

7    job, was charged and convicted of felony destruction of

8    property.  The government could prove the value of the

9    window was greater than a thousand dollars.  And it's true

10   that his ten-year sentence also reflected the fact that he

11   tussled with the officer and stole the police shield he

12   used to batter the window as well as committing other

13   serious felonies.  But it is a marker.

14        Like the Court who sentenced him, I cannot ignore

15   the significance of this particular breach of this

16   particular window in this particular building when arriving

17   at the appropriate sentence.  So while I agree with

18   Mr. Lawlor the government's recommendation is greater than

19   necessary, I do think that under all the circumstances, its

20   recommendation of a term of some incarceration is a

21   reasonable response to accomplish the goals of deterrence,

22   just punishment, and reflecting the serious nature of the

23   offense.

24        I do truly emphasize with the shocking loss your

25   family has just gone through, and I know it devastated all

1   of you and it's going to take a long time to recover.  And

2   I know it's increased the burdens on you and Kevin to help

3   out your father and your younger brother.

4        I was willing to put the sentencing off, and I will

5   continue to be willing to defer the date you have to report

6   at counsel's request.  Certainly it must be and can be

7   after Kevin, II comes home if he hasn't already.

8        I can tell you that absent all these circumstances,

9   I probably would not have hesitated to impose the full 12

10  months for destruction of property, and I don't think that

11  would have been greater than necessary.  But I am taking

12  who you are as a person and these particular circumstances

13  within your family into account.

14       But you were a key player in letting a mob into our

15  nation's Capitol on one of its darkest days, and I cannot

16  simply acknowledge the tragedy and say that I know you are

17  an otherwise decent person and so you don't have to serve

18  any time at all.  I can't do it.

19       Therefore, in an exercise of my discretion, after

20  considering all the statutory factors, the sentence to be

21  imposed as follows:

22       It's the judgment of the Court that you are hereby

23  sentenced to a period of 60 days' incarceration on Count 1,

24  the entering and remaining in a restricted building or

25  grounds, and 8 months' incarceration on Count 7 to be

1    served concurrently.

2         This would be my sentence even after the guidelines

3    are revised.  And as I said before, the fire extinguisher

4    does not factor in my sentence at all.

5         Given your lack of criminal history and your

6    compliance with your conditions of release to date, I find

7    by clear and convincing evidence that you are not likely to

8    pose a danger to the community and you don't pose a risk of

9    flight, and I will permit you to voluntary surrender if and

10   when you are instructed where you have to report or after a

11   particular date if that is what you request.

12        I find that you do not have the ability to pay a

13   fine and, therefore, waive the imposition of a fine.

14        You are required to pay a $50 special assessment,

15   $25 on each count.  It's immediately payable to the Clerk

16   of the Court of the U.S. District Court for the District of

17   Columbia.  If you change your address, you have to notify

18   the Clerk of the court within 30 days of any change until

19   such time as the obligation has been paid in full.

20        Pursuant to the plea agreement, you are also ordered

21   to pay $500 restitution towards the more than $2.8 million

22   worth of damage to the U.S. Capitol that day including the

23   damage you caused personally.  I will waive the interest

24   and penalties on the restitution.

25        You are also sentenced to serve two concurrent

1    12-month terms of supervised release.  Within 72 hours from

2    today, you are to report in person to the probation

3    office -- I'm sorry.

4         Let me back up.  Within 72 hours of your release

5    after your incarceration, you must report in person to the

6    probation office in the district to which you are released.

7    I will transfer supervision to that district but retain

8    jurisdiction.

9         While you are on supervision, you may not possess a

10   firearm or other dangerous weapon.  You may not use or

11   possess an illegal controlled substance and you may not

12   commit another federal, state, or local crime.  You must

13   also abide by the general conditions of supervision adopted

14   by the U.S. Probation Office which are set out in full in

15   paragraph 104 of the presentence report on pages 15 to 16

16   as well as the following special conditions:

17        First, you must pay the $500 restitution at a rate

18   to be determined by the U.S. Probation Office but no less

19   than $100 a month.  You must provide the probation office

20   with any requested truthful financial information until

21   such time as the amount has been paid in full.  The U.S.

22   Probation Office may share that are information with the

23   U.S. Attorneys Office.

24        You must perform 200 hours of community service at a

25   location that must be approved and verified by the U.S.

```
1    Probation Office.

2         Mr. Lawlor, are there any objections to the special

3    conditions?

4         MR. WIDMAN:  There are none, Your Honor.  Thank you.

5         THE COURT:  All right.  Mr. Cronin, you have a right

6    to appeal the sentence imposed by this Court if the period

7    of imprisonment was longer than the statutory maximum or

8    the sentence departed upward from the applicable sentencing

9    guideline range.

10        If you choose to appeal, you must file any appeal

11   within 14 days after the Court enters judgment.  If you are

12   unable to afford the cost of appeal, you may request

13   permission from the Court to file an appeal without cost to

14   you.

15        I believe, Mr. Widman, that there are counts that

16   need to be dismissed at this time.

17        MR. LAWLOR:  Yes, Your Honor.  The government would

18   move to dismiss the remaining counts of the information.

19        THE COURT:  All right.  That motion will be granted.

20   I would recommend strongly that the defendant be designated

21   someplace as close as possible to his family.

22        Do you have any other specific recommendations,

23   Mr. Lawlor, you would like me to include in the judgment

24   and commitment order?

25        MR. WIDMAN:  No, Your Honor.  I was about to make
```

1    that request.  I don't know if the Court can recommend that

2    he be placed in a camp.  I realize it's only a

3    recommendation.  But if the Court would include that, I

4    would appreciate it.

5              THE COURT:  All right.  Given the nature of the two

6    offenses, I imagine that that would be how he is

7    designated.  There's no weapon involved here.  Is there one

8    in particular that you know of that is close?

9              MR. WIDMAN:  I'm not sure.  Mr. Cronin, do you know

10   where your brother was housed when he was serving his

11   sentence?

12             THE DEFENDANT:  It was SeaTac Federal Detention

13   Center.

14             MR. WIDMAN:  Was it a retrial facility?  It wasn't a

15   BOP facility?

16             THE DEFENDANT:  I'm not exactly sure.

17             MR. WIDMAN:  Your Honor, can you give me 90 minutes

18   to email your courtroom deputy, and I will have a

19   recommendation for the Court's inclusion in the judgment?

20             THE COURT:  That's fine.

21             Let me just ask the probation officer if you are

22   aware of what the closest facility is that meets what he's

23   talking about, a camp-type facility.

24             THE PROBATION OFFICER:  In Washington state, I'm

25   not, Your Honor.  I can look into it, though.

```
 1          THE COURT:  All right.  Well, I am not going to
 2    issue the J and C immediately.  So if you have a specific
 3    recommendation you would like to pass on, you can feel free
 4    to send an email.  I don't know if you are aware of this,
 5    but I don't have the deputy clerk I had before, so please
 6    send it to Britney Bryant.
 7          MR. WIDMAN:  I am aware, Your Honor.  I saw
 8    Mr. Haley on his last day at the courts.  We will miss him
 9    greatly.
10          THE COURT:  Yes.  We are all struggling to adjust,
11    notwithstanding how wonderful everyone else in the clerk's
12    office is.
13          MR. WIDMAN:  Your Honor, can I just echo what the
14    Court said.  I just want to acknowledge the government's
15    use of discretion in this case in not hanging a felony on
16    Mr. Cronin.  I have been admittedly disturbed in many other
17    cases that they have requested a felony in plea
18    negotiations, but I was impressed and happy for Mr. Cronin
19    that the government did not make that request in this case.
20          THE COURT:  All right.  I think all along Mr. Widman
21    has shown a very measured approach to all these cases which
22    I think the Court appreciates as well.
23          Is there anything further on behalf of the
24    government?
25          MR. LAWLOR:  I would just thank Your Honor and
```

1     Mr. Lawlor, and also I would move for the Court to order

2     that video exhibits to the government's sentencing

3     memorandum that were shared with the Court and defense be

4     made available to the general public.

5             THE COURT:  Yes.  That's been part of every case,

6     and I will order that again here.

7             All right.  Thank you very much.

8             THE PROBATION OFFICER:  Your Honor, I also ask

9     Mr. Cronin hang on a second so that I can read him his

10    voluntary surrender instructions.

11            THE COURT:  Okay.  What I am going to do is I am

12    going to leave the bench, and Mr. Widman doesn't need to

13    stay for this either and neither does the court reporter,

14    but you can inform Mr. Cronin and his lawyer what the

15    instructions are.

16            THE PROBATION OFFICER:  Okay.  Thank you.

17            THE COURTROOM DEPUTY:  This Honorable Court is

18    adjourned.  Thank you all.

19            (The hearing concluded at 2:26 p.m.)

20                         – – –

21

22

23

24

25

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.


5/1/24                    s/ Tammy Nestor
                             Tammy Nestor, RMR, CRR
                             Official Court Reporter
                             333 Constitution Avenue NW
                             Washington, D.C. 20001
                             tammy_nestor@dcd.uscourts.gov

MR. LAWLOR: [4]
2/14 3/17 37/17 39/25
MR. WIDMAN: [15]
2/11 3/9 3/13 6/8 8/23
12/14 12/22 13/18
37/4 37/25 38/9 38/14
38/17 39/7 39/13
THE COURT: [24] 2/5
2/13 2/19 2/23 3/6
3/10 3/15 3/18 8/20
11/24 12/17 13/15
17/10 19/21 20/11
37/5 37/19 38/5 38/20
39/1 39/10 39/20 40/5
40/11
THE COURTROOM
DEPUTY: [4] 2/2 2/6
20/9 40/17
THE DEFENDANT: [4]
3/3 17/15 38/12 38/16
THE PROBATION
OFFICER: [4] 2/20
38/24 40/8 40/16

**$**
$100 [1] 36/19
$2.8 [1] 35/21
$2.8 million [1] 35/21
$25 [1] 35/15
$50 [1] 35/14
$500 [2] 35/21 36/17

**0**
00233 [1] 1/3

**1**
10 [3] 5/19 5/22 14/18
104 [1] 36/15
12 [6] 5/15 5/24 8/17
8/18 11/12 34/9
12-month [1] 36/1
12:12 p.m [1] 24/9
1301 [1] 1/12
1361 [1] 5/5
13th [2] 7/3 24/10
14 [1] 37/11
15 [3] 3/7 20/6 36/15
16 [1] 36/15
1752 [1] 4/24
18 [3] 4/11 4/23 5/5
1:05 [1] 2/1
1:33 [1] 20/8

**2**
200 [1] 36/24
20001 [2] 1/21 41/10
2020 [1] 21/9
2023 [1] 1/5
20530 [1] 1/12
20770 [1] 1/17
21 [1] 14/20
22-00233 [1] 1/3
22-233 [1] 2/7
233 [1] 2/7
24 [2] 17/3 41/8
26 [1] 10/18
26-year-old [1] 28/17
2:13 [1] 24/16

2:26 [1] 40/19
2:38 [1] 25/19
2:46 [1] 25/23
2B1.5 [2] 5/6 5/7
2B2.3 [2] 4/25 5/1
2H1.1 [1] 14/14

**3**
3,000 [1] 15/12
3.1.1 [1] 14/19
30 [2] 15/5 35/18
333 [2] 1/21 41/9
3553 [4] 4/11 10/17
12/16 13/2
365 [2] 15/5 17/3
3A1.1 [1] 14/16
3A1.4 [1] 14/1
3A1.5 [1] 14/17

**4**
4,000 [1] 5/25
40,000 [1] 6/1

**5**
5/1/24 [1] 41/8
500 [2] 10/20 15/12

**6**
60 [3] 12/24 15/5
34/23
6305 [1] 1/16

**7**
700 [1] 1/16
72 [2] 36/1 36/4

**8**
800 [1] 10/20
848 [1] 14/21

**9**
90 [2] 15/5 38/17

**A**
abide [1] 36/13
abiding [1] 19/5
ability [2] 16/5 35/12
ABJ [1] 1/3
about [22] 4/10 4/16
6/3 10/23 11/5 16/8
20/2 20/6 20/17 22/12
22/23 27/12 28/14
29/6 29/8 29/16 29/20
29/21 30/3 32/2 37/25
38/23
above [2] 19/16 41/4
above-entitled [1] 41/4
absence [1] 10/10
absent [1] 34/8
absolutely [2] 23/6
26/14
absorb [1] 19/25
abundantly [1] 22/8
abuse [2] 28/20 31/19
accept [3] 3/18 19/7
23/6
acceptable [1] 28/12
accepted [2] 5/16 7/20
accomplish [3] 24/18

accomplished [1]
32/10
accordance [1] 21/6
according [1] 9/14
account [1] 34/13
accurate [1] 41/3
acknowledge [2] 34/16
39/14
action [2] 2/7 16/19
actions [6] 7/25 8/11
17/18 18/15 19/7
19/19
actively [1] 19/2
activity [1] 22/24
acutely [1] 18/22
Adam [2] 1/15 2/15
add [5] 5/11 5/14 7/23
11/9 11/13
additional [1] 3/21
address [2] 19/17
35/17
adequate [1] 31/6
adjacent [1] 8/13
adjourned [1] 40/18
adjust [1] 39/10
adjustment [3] 13/25
14/15 14/19
admitted [1] 22/10
admittedly [1] 39/16
adopted [1] 36/13
advance [1] 26/3
advanced [1] 6/19
advances [1] 25/21
adverse [1] 18/15
advised [1] 9/21
advocacy [1] 20/12
affect [1] 30/12
affirmatively [2] 9/9
9/15
afford [1] 31/5 37/12
after [10] 21/2 25/1
26/14 26/14 34/7
34/19 35/2 35/10 36/5
37/11
afternoon [7] 2/4 2/5
2/11 2/13 2/14 2/20
20/12
afterwards [1] 24/13
again [12] 5/6 9/10
9/17 10/12 12/22
12/25 13/14 20/10
25/2 25/14 29/25 40/6
against [1] 29/9
age [1] 18/5
aggravating [2] 6/10
14/19
aggressive [1] 21/3
agree [4] 2/25 26/11
31/14 33/17
agreed [2] 5/13 17/1
agreement [3] 4/16
7/22 35/20
agrees [2] 2/16 2/17
aid [2] 3/23 3/24
aim [1] 19/10
air [1] 22/6
akin [1] 13/3
alarms [1] 8/4

3/18 4/7 4/8 5/13 5/14
6/4 8/20 9/14 15/3
16/22 17/16 19/14
19/16 20/16 20/18
25/6 26/12 28/25 29/1
29/1 29/3 29/5 29/11
31/21 33/19 33/25
34/8 34/14 34/20 35/4
37/5 37/19 38/5 39/1
39/10 39/20 39/20
39/21 40/7 40/18
allocute [2] 9/24 10/23
allowed [2] 18/8 18/19
along [2] 16/21 39/20
already [4] 24/18 31/20
31/20 34/7
also [18] 2/24 3/21 4/3
4/5 16/14 22/12 26/18
28/14 30/6 32/22 32/25
33/2 33/10 35/20
35/25 36/13 40/1 40/8
although [1] 27/4
always [1] 20/17
am [26] 3/18 4/19 4/20
10/23 12/18 12/18
13/20 14/25 16/12
18/14 19/4 19/7 19/15
20/2 20/3 20/5 20/16
23/14 28/13 28/14
32/2 34/11 39/1 39/7
40/11 40/11
Amendment [1] 22/23
amends [2] 19/4 19/15
AMERICA [4] 1/2 2/8
28/4 28/4
among [1] 32/3
amount [2] 32/16
36/21
AMY [3] 1/8 2/3 20/10
angry [1] 25/15
announcements [1]
22/2
anomaly [1] 28/16
another [5] 4/3 24/5
25/25 31/2 36/12
answer [2] 9/14 9/23
anticipatory [1] 11/5
any [19] 3/10 3/15 8/5
11/7 11/25 12/11
13/23 18/15 18/17
21/21 22/19 24/12
27/19 34/18 35/18
36/20 37/2 37/10
37/22
anymore [1] 22/22
anything [5] 11/5 17/12
23/14 26/20 39/23
anyway [1] 12/4
apart [1] 22/2
apologetic [1] 9/25
apologies [2] 18/18
19/12
apologize [2] 7/24 9/19
apology [1] 17/21
appeal [5] 37/6 37/10
37/10 37/12 37/13
APPEARANCES [1]
1/10

applicable [2] 14/11
37/8
appreciate [5] 16/20
18/21 19/21 29/19
38/4
appreciated [1] 4/8
appreciates [1] 39/22
approach [1] 39/21
appropriate [8] 4/14
6/4 6/13 11/10 13/13
15/1 16/17 33/17
approved [1] 36/25
approximately [1]
25/23
are [59] 2/6 3/10 5/13
5/14 9/14 12/9 12/17
13/7 13/22 20/18 22/1
22/21 22/23 23/21
26/8 26/9 26/21 26/23
27/2 27/9 27/16 27/24
28/16 28/22 29/12
29/16 29/20 29/21
30/1 30/9 30/18 31/1
31/7 31/8 31/14 31/15
32/5 34/12 34/16
34/22 35/3 35/7 35/10
35/14 35/20 35/25
36/2 36/6 36/9 36/14
36/22 37/2 37/4 37/11
37/15 38/21 39/4
39/10 40/15
aren't [1] 25/7
arguing [2] 12/15
12/16
argument [1] 14/25
Army [2] 28/17 28/18
around [3] 18/3 25/20
30/18
arrested [3] 27/7 30/11
32/9
arrive [1] 23/25
arriving [1] 33/16
as [42] 3/19 3/19 4/14
4/17 4/17 6/18 6/18
12/15 12/16 12/20
14/20 15/23 15/24
15/24 16/7 19/9 21/11
22/12 22/13 23/12
24/13 24/24 27/13
27/14 28/16 28/18
30/15 30/20 31/18
32/24 33/12 33/12
34/12 34/21 35/3
35/19 36/16 36/16
36/21 37/21 37/21
39/22
Ashli [1] 25/22
ask [7] 9/12 9/13 12/22
20/4 29/10 38/21 40/8
asked [3] 9/23 9/24
33/4
asking [2] 8/16 16/12
aspect [1] 26/18
aspects [1] 31/7
aspirations [1] 18/2
assaults [1] 6/17
assessment [1] 35/14
assisted [1] 6/24
assisting [1] 8/13

**A**

assure [2]  4/7 29/13
attachments [1]  3/25
attack [1]  20/24
attempting [2]  21/17
 21/25
attend [1]  27/2
attention [2]  10/18
 10/19
attorney [2]  10/18
 10/19
attorneys [2]  9/22
 36/23
aunt [2]  4/2 4/3
available [1]  40/4
Avenue [4]  1/12 1/21
 27/4 41/9
avoid [1]  32/2
aware [5]  18/22 25/22
 38/22 39/4 39/7
away [2]  21/17 21/18

**B**

Babbitt [1]  25/22
back [7]  22/2 22/11
 22/14 25/7 25/24
 30/13 36/4
background [2]  22/15
bang [1]  6/18
barricade [4]  6/14 22/1
 22/1 22/21
base [3]  4/25 5/5 5/15
based [5]  6/12 10/13
 11/20 11/21 28/10
batter [1]  33/12
be [50]  2/17 3/2 3/4
 3/11 4/11 5/24 8/3
 10/25 10/25 11/18
 11/22 12/25 13/3 13/8
 13/13 14/23 15/5
 15/24 17/5 20/2 20/6
 22/8 23/11 23/12
 23/17 24/25 28/2 30/7
 30/11 30/21 31/19
 32/14 32/21 34/5 34/6
 34/6 34/20 34/25 35/2
 36/18 36/25 37/16
 37/19 37/20 38/2 38/6
 40/3
bears [1]  30/10
became [1]  28/8
because [16]  9/14
 10/24 13/1 13/16
 20/17 20/18 21/19
 23/19 26/22 26/23
 27/2 27/3 27/7 27/9
 27/17 29/10
become [1]  25/22
becoming [1]  19/4
been [25]  5/12 8/8
 10/18 10/19 15/23
 17/21 17/22 17/23
 18/12 18/25 20/15
 25/22 27/24 28/5
 28/20 29/18 30/3
 30/21 32/4 32/10
 34/11 35/19 36/21
 39/16 40/5
before [10]  1/8 11/24

20/25 27/9 27/16 35/3
 39/5
befuddled [1]  15/24
began [1]  2/1
Beginning [1]  2/9
behalf [4]  2/15 2/21
 8/22 39/23
behind [1]  9/8
being [6]  11/3 16/21
 25/1 26/6 29/21 32/18
beliefs [1]  18/2
believe [10]  3/10 9/5
 14/22 16/21 21/20
 29/3 29/20 30/20
 31/24 37/15
believes [2]  6/21 8/2
beloved [2]  4/3 19/14
bench [1]  40/12
Berman [2]  3/2 20/10
better [6]  11/5 11/7
 15/7 16/10 17/7 19/3
between [4]  5/24 6/16
 25/9 30/8
beyond [1]  30/6
bike [1]  22/20
blunt [1]  31/15
bodily [1]  14/6
bonds [1]  18/12
BOP [1]  38/15
both [3]  3/7 6/10 27/21
bother [1]  30/13
branch [1]  27/20
breach [6]  6/24 8/14
 24/12 24/15 24/18
 33/15
break [7]  7/2 8/13
 19/24 24/5 24/17 27/6
 31/12
breaking [2]  21/23
 30/17
Brennan [1]  1/15
briefing [1]  12/11
briefly [1]  6/8
bringing [3]  5/2 5/7
 5/18
Britney [1]  39/6
broad [1]  12/9
broke [2]  28/3 28/8
broken [3]  7/2 24/17
 26/17
brother [8]  7/6 11/2
 25/1 27/13 29/9 32/17
 34/3 38/10
Bryant [1]  39/6
building [24]  6/20 6/25
 7/4 7/5 7/10 7/11 7/16
 8/4 21/13 21/16 21/17
 22/9 22/20 23/23 25/3
 25/19 27/6 27/19
 27/20 27/25 31/13
 33/2 33/16 34/24
burden [1]  9/8
burdens [1]  34/2

**C**

calculation [1]  5/22
call [2]  18/25 27/1
calls [1]  26/4
camp [2]  38/2 38/23

can [29]  2/24 3/3 10/15
 11/3 11/4 11/9 13/18
 14/12 15/9 16/7 16/19
 16/23 19/18 22/5 22/7
 22/12 23/10 29/14
 30/6 30/21 34/6 34/8
 38/1 38/17 38/25 39/3
 39/13 40/9 40/14
can't [3]  29/23 31/8
 34/18
cannot [4]  11/20 22/19
 33/14 34/15
capable [1]  30/21
Capitol [17]  6/20 6/25
 7/3 7/10 8/7 8/15 21/4
 21/5 21/12 24/12
 24/15 27/2 27/10
 27/19 28/1 34/15
 35/22
case [30]  1/3 3/7 4/9
 4/15 5/17 6/4 6/7 6/11
 6/13 7/18 12/7 12/21
 13/10 15/1 16/2 17/14
 26/10 26/14 26/14
 26/14 26/15 27/13
 27/13 27/14 31/18
 32/12 32/14 39/15
 39/19 40/5
caseload [2]  26/11
 26/16
cases [9]  8/11 15/22
 16/17 20/13 20/22
 29/8 32/22 39/17
 39/21
category [2]  5/21 5/23
caught [4]  23/22 30/15
 30/16 30/17
cause [1]  14/9
caused [5]  17/18 18/10
 18/16 19/13 35/23
Center [1]  38/13
certain [3]  5/11 8/2
 11/17
certainly [4]  7/17 12/11
 13/16 34/6
certification [1]  24/23
certified [1]  26/6
certify [2]  21/8 41/3
chamber [3]  7/9 25/10
 25/20
change [4]  11/15 13/10
 35/17 35/18
changed [1]  19/19
changes [1]  11/25
chanting [1]  25/4
chaos [1]  22/3
Chapter [1]  13/24
character [4]  11/5 15/5
 15/10 22/16
characteristics [4]
 10/24 11/6 16/9 28/15
charge [2]  5/4 23/16
charged [3]  27/14
 30/11 33/7
cheering [1]  24/20
chemical [1]  6/17
cherish [1]  18/21
cherished [1]  18/20

choices [1]  18/17
choose [1]  37/10
circumstance [1]  18/6
circumstances [8]  12/8
 13/12 20/19 26/19
 32/22 33/19 34/8
 34/12
clarity [1]  18/1
clear [3]  22/8 23/17
 35/7
clearly [2]  3/4 29/5
clerk [3]  35/15 35/18
 39/5
clerk's [1]  39/11
client [1]  3/8
climbing [1]  24/9
close [3]  28/23 37/21
 38/8
closed [1]  21/6
closely [1]  23/2
closest [2]  10/4 38/22
closing [1]  19/12
Code [3]  4/11 4/23 5/5
College [1]  21/8
COLUMBIA [2]  1/1
 35/17
combat [1]  22/21
come [7]  12/19 15/25
 16/23 25/7 28/23
 29/11 30/14
comes [1]  34/7
comfort [1]  18/13
coming [2]  19/24 25/5
comments [2]  8/25
 19/22
commission [1]  13/5
commit [1]  36/12
commitment [2]  30/5
 37/24
committed [3]  11/16
 16/3 19/15
committing [2]  16/1
 33/12
community [11]  15/8
 15/12 15/20 15/21
 17/3 17/4 17/7 19/16
 31/20 35/8 36/24
compelled [2]  8/24
 19/1
completely [3]  12/5
 19/19 24/8
compliance [1]  35/6
compliant [1]  28/20
comprehend [1]  19/6
concerning [1]  3/21
concluded [1]  40/19
conclusion [1]  30/14
concurrent [1]  35/25
concurrently [1]  35/1
conditions [5]  28/21
 35/6 36/13 36/16 37/3
conduct [7]  9/6 21/3
 23/21 28/15 31/6
 31/25 32/5
confess [1]  18/8
confident [1]  12/23
confirm [1]  2/25
confusion [1]  21/21

congress [4]  20/24
 21/7 24/24 25/11
connected [1]  20/4
connecting [1]  7/8
connection [3]  3/11
 14/3 32/9
connector [1]  7/8
consequences [3]
 18/16 19/6 30/12
consider [8]  4/13 7/18
 12/19 17/13 23/14
 28/14 29/11 31/2
consideration [2]  12/1
 33/4
considered [1]  20/14
considering [1]  34/20
consistent [1]  23/5
Constitution [4]  1/21
 21/7 21/11 41/9
context [1]  24/11
continue [3]  15/24 31/9
 34/5
continuing [2]  14/20
 22/14
contributed [1]  8/12
controlled [1]  36/11
convened [1]  21/8
convicted [2]  32/20
 33/7
conviction [2]  14/7
 14/13
convictions [2]  18/2
 18/19
convincing [1]  35/7
correct [3]  3/12 3/13
 9/2
cost [2]  37/12 37/13
could [10]  2/9 15/7
 15/11 16/10 23/11
 23/12 30/11 30/12
 30/14 33/8
couldn't [1]  12/11
counsel [2]  2/9 2/25
counsel's [1]  34/6
counseling [1]  19/2
count [7]  4/23 5/4
 12/21 33/5 34/23
 34/25 35/15
Count 1 [2]  4/23 34/23
countless [1]  24/21
country [1]  30/5
counts [4]  5/10 5/12
 37/15 37/18
couple [1]  8/25
court [35]  1/1 1/20 2/2
 2/17 6/11 7/9 7/11
 12/23 13/1 15/11
 15/17 16/12 16/16
 17/1 17/16 19/18 20/9
 30/24 33/14 34/22
 35/16 35/16 35/18
 37/6 37/11 37/13 38/1
 38/3 39/14 39/22 40/1
 40/3 40/13 40/17 41/9
Court's [3]  13/20 19/7
 38/19
courtroom [4]  19/25
 20/3 32/21 38/18
courts [1]  39/8

**C**

covered [1] 14/14
cowering [1] 25/12
create [1] 22/4
creativity [1] 31/16
credible [1] 14/3
crime [2] 14/16 36/12
crimes [1] 16/1
criminal [21] 1/3 2/7
4/9 5/20 5/21 5/22
10/19 11/16 11/20
13/3 13/6 13/23 14/20
16/5 16/25 28/19 31/6
31/7 31/15 31/25 35/5
critical [1] 24/13
CRONIN [55] 1/5 2/8
2/15 2/16 2/23 4/1 4/9
6/14 6/22 6/23 7/3 7/6
7/10 7/11 7/14 7/19
7/20 7/24 9/1 9/6 9/9
9/11 9/14 9/18 9/21
10/4 10/5 10/12 10/14
10/22 11/16 11/18
11/23 12/24 14/22
15/4 15/9 15/14 15/18
15/19 16/9 16/14
16/25 17/6 17/11
19/21 21/15 25/18
26/21 37/5 38/9 39/16
39/18 40/9 40/14
Cronin's [2] 8/11 11/5
Cronins [1] 24/21
crowd [4] 21/17 23/23
25/15 25/17
CRR [2] 1/20 41/8
crypt [1] 25/8

**D**

D.C [5] 1/4 1/12 1/21
30/7 41/10
Dakota [1] 4/5
damage [2] 35/22
35/23
danger [1] 35/8
dangerous [1] 36/10
darkest [1] 34/15
date [3] 34/5 35/6
35/11
day [11] 8/14 19/18
23/14 24/15 27/23
28/3 28/6 29/4 30/23
35/22 39/8
days [7] 12/24 15/5
15/6 17/3 34/15 35/18
37/11
days' [1] 34/23
dcd.uscourts.gov [2]
1/22 41/10
dear [1] 17/23
death [1] 14/5
debrief [4] 7/21 7/23
9/19 9/20
decent [1] 34/17
decided [1] 27/2
deciding [1] 4/10
decision [1] 32/1
dedicated [1] 19/4
deeply [2] 18/7 18/16
defend [1] 28/6

de-escalate [2] 8/16
1/14 2/8 3/22 4/6 5/16
5/20 11/21 13/23
13/25 14/2 14/9 14/15
14/18 20/13 21/24
22/10 22/13 22/16
23/4 23/6 23/7 25/2
26/16 26/19 28/15
37/20
defendant's [3] 3/24
8/8 8/22
defendants [1] 32/3
defense [4] 3/14 10/19
26/8 40/3
defer [1] 34/5
defiance [1] 30/18
defined [1] 14/20
defining [1] 12/9
definition [1] 25/17
Demetriou [3] 1/15
2/15 9/20
democracy [2] 28/2
28/10
democratic [1] 16/18
demonstrating [2]
27/15 32/24
denying [1] 8/3
departed [1] 37/8
Department [1] 1/11
departure [2] 14/24
17/23
depending [1] 5/11
deploying [1] 8/3
deployment [1] 6/17
depths [1] 17/21
deputy [2] 38/18 39/5
descend [1] 27/1
described [1] 8/1
deserves [1] 7/19
designated [2] 37/20
38/7
destruction [6] 5/4 8/12
12/7 33/2 33/7 34/10
destructive [1] 26/20
detailed [1] 5/14
Detention [1] 38/12
deter [2] 16/20 31/24
determination [1] 20/2
determined [1] 36/18
deterred [1] 17/5
deterrence [6] 16/14
16/15 16/16 16/23
31/6 33/21
detonation [1] 6/18
devastated [1] 33/25
did [26] 7/14 7/24 9/6
9/9 9/10 9/15 10/6
13/23 13/25 14/2 14/5
14/9 14/15 14/18
20/20 23/8 26/19 27/1
27/4 27/5 30/2 30/7
30/23 32/19 32/25
39/19
didn't [4] 9/18 23/22
30/12 32/23
difference [1] 30/10
different [5] 5/10 7/4
12/20 16/12 20/14
disagreement [2] 4/17

disappointed [1] 29/7
disconnect [1] 30/8
discretion [2] 34/19
39/15
discussion [1] 11/9
dismiss [1] 37/18
dismissed [1] 37/16
disparities [1] 32/3
dispute [1] 6/2
disputes [1] 3/11
disputing [1] 12/18
disrupt [1] 26/6
disruption [1] 18/17
distress [1] 18/17
district [7] 1/1 1/1 1/9
35/16 35/16 36/6 36/7
disturbed [1] 39/16
divert [1] 18/9
do [35] 2/25 3/4 4/20
4/20 8/24 9/9 9/22
11/13 13/15 13/16
14/11 15/11 15/12
15/16 16/20 19/23
20/3 20/17 20/21
21/11 25/20 26/19
29/3 30/20 30/21
31/14 31/21 31/24
33/19 33/24 34/18
35/12 37/22 38/9
40/11
documenting [1] 30/15
does [10] 11/17 13/7
13/7 25/17 25/19 26/1
28/15 31/20 35/4
40/13
doesn't [4] 24/3 31/18
31/19 40/12
doing [10] 10/25 18/10
21/13 29/12 31/11
dollars [2] 6/1 33/9
Dominic [1] 33/6
don't [21] 3/10 3/15
11/3 11/4 11/25 12/2
12/9 12/25 16/14 20/5
24/1 30/3 31/12 31/17
32/1 34/10 34/17 35/8
38/1 39/4 39/5
done [1] 25/24
door [10] 6/24 7/1 7/12
7/13 8/14 24/2 25/4
25/12 25/25 27/10
doors [2] 23/25 24/1
doubt [4] 10/5 22/8
30/3 30/6
down [1] 23/13
drive [1] 18/19
due [1] 24/7
during [1] 7/23
duty [1] 21/14
DYLAN [7] 1/5 2/8
2/15 24/1 24/16 24/19
25/20
Dylan's [1] 25/16

**E**

each [2] 14/23 35/15
early [1] 7/21
earnestly [1] 19/8
easy [1] 20/15

echoed [1] 29/18
educational [1] 31/20
educator [2] 4/4 4/5
effort [2] 27/18 28/9
efforts [2] 24/7 25/16
egregious [2] 8/10
26/10
either [3] 3/16 23/17
40/13
election [4] 21/9 22/13
26/5 28/10
Electoral [1] 21/8
eligible [5] 11/19 11/22
12/25 13/8 14/23
Ellipse [2] 21/2 27/3
Elsa [1] 4/2
else [4] 19/16 23/13
26/20 39/11
email [2] 38/18 39/4
emails [1] 13/20
embarked [1] 19/9
emphasize [2] 26/21
33/24
emphasized [1] 29/25
employed [1] 28/18
enable [1] 30/22
enables [1] 24/17
encouraged [1] 7/7
end [5] 5/15 8/17
11/11 18/4 20/25
enforcement [2] 8/7
21/13
engage [1] 9/6
engaged [2] 14/19
28/3
engages [1] 15/14
enough [2] 27/16
30/22
Ensuring [1] 32/8
enter [4] 7/3 22/9 27/6
27/6
entered [5] 5/17 7/10
7/11 7/20 24/16
entering [4] 8/15 12/6
33/1 34/24
enterprise [1] 14/20
enters [1] 37/11
enthusiasm [1] 20/23
enthusiastic [1] 28/8
entire [2] 27/20 28/2
entirely [2] 23/4 23/17
entitled [2] 26/24 41/4
entry [2] 24/13 30/17
equal [1] 17/2
especially [2] 19/11
29/24
Esquire [3] 1/11 1/14
1/15
essence [1] 18/3
essential [2] 28/4
28/22
ethics [1] 29/17
even [7] 16/21 20/17
27/3 27/25 29/15
32/14 35/2
event [1] 9/15
events [3] 8/1 31/10
Eventually [1] 24/7

ever [1] 25/13
every [6] 20/13 20/13
20/14 28/6 29/4 40/5
everybody [1] 27/5
everyone [4] 3/3 20/11
27/4 39/11
everyone's [1] 20/12
everything [2] 19/24
20/1
evidence [4] 20/23
21/19 23/16 35/7
evident [1] 9/5
exactly [1] 38/16
exception [1] 12/8
exercise [1] 34/19
Exhibit [3] 22/5 23/2
23/3
exhibits [5] 3/23 22/7
22/18 23/1 40/2
existence [1] 18/3
exit [1] 25/6
experience [1] 18/25
exposure [1] 32/11
express [2] 7/25 17/20
expression [1] 10/12
expressions [1] 29/19
extenuating [1] 32/22
extinguisher [5] 6/22
8/3 9/3 22/25 35/3
extinguishers [1] 6/18
extremely [3] 21/3
29/15 29/22

**F**

face [3] 10/11 23/8
30/12
facility [4] 38/14 38/15
38/22 38/23
fact [3] 3/20 5/16 9/6
10/6 10/13 10/15
12/19 15/21 16/25
29/8 30/11 30/20
33/10
factor [5] 12/15 12/16
13/2 31/2 35/4
factors [13] 4/12 6/5
6/10 7/18 10/17 11/17
11/21 13/8 13/15
14/23 20/16 32/1
34/20
facts [2] 6/11 6/12
factual [1] 3/10
fairly [1] 32/8
fall [3] 12/8 25/17 32/9
false [1] 8/3
familiar [1] 6/11
family [23] 10/4 11/2
17/19 18/11 18/13 18/13
18/18 19/11 19/15
19/16 21/21 23/20
26/17 28/23 28/23
29/21 30/2 30/12
30/20 32/24 33/25
34/13 37/21
fashion [2] 12/2 17/7
father [7] 4/1 7/6 11/1
25/1 27/13 29/9 34/3
fault [1] 29/14
FBI [2] 7/21 31/12
fear [1] 25/12

**F**

federal [4]  8/6 21/13 36/12 38/12
feel [5]  8/24 12/2 29/6 29/21 39/3
feeling [1]  18/6
felonies [1]  33/13
felony [3]  33/7 39/15 39/17
few [2]  24/17 32/7
fight [1]  26/5
file [2]  37/10 37/13
filed [1]  3/7
filming [1]  30/19
final [1]  3/6
finally [1]  14/18
financial [2]  14/10 36/20
find [2]  35/6 35/12
findings [1]  3/19
finds [1]  24/6
fine [5]  5/24 5/25 35/13 35/13 38/20
finish [1]  33/6
fire [7]  6/17 6/22 8/3 8/4 9/3 22/25 35/3
firearm [1]  36/10
firearms [1]  14/11
fired [1]  9/2
first [9]  6/24 6/25 8/14 9/16 20/19 22/23 24/11 26/15 36/17
fits [2]  15/3 16/22
flash [1]  6/18
flash-bang [1]  6/18
flight [1]  35/9
followed [1]  8/18
following [2]  2/1 36/16
follows [1]  34/21
force [2]  12/10 26/1
forced [2]  7/16 24/25
forefront [1]  21/1
foregoing [1]  41/3
form [1]  21/25
former [4]  21/2 26/22 26/25 28/17
found [4]  5/13 13/7 27/5 32/4
foyer [1]  25/4
free [1]  39/3
friends [1]  30/21
front [4]  6/14 13/17 22/5 22/17
fulfill [1]  31/22
full [5]  27/8 34/9 35/19 36/14 36/21
fully [3]  18/20 19/6 28/20
function [1]  32/6
fundamental [1]  31/7
further [2]  22/19 39/23

**G**

gain [1]  19/3
gas [2]  6/17 22/3
gave [2]  7/21 8/2
general [2]  36/13 40/4
genuine [1]  10/12
genuinely [1]  10/15

22/11 23/22 23/23 25/16
getting [1]  29/11
give [2]  17/3 38/17
given [8]  5/16 5/21 9/24 12/3 31/15 32/15 35/5 38/5
glad [2]  29/10 29/12
go [8]  4/10 15/18 20/16 23/19 23/22 25/8 25/8 26/4
goals [1]  33/21
goes [2]  24/1 24/4
going [15]  3/18 4/20 10/23 13/20 20/3 20/3 20/16 23/13 23/14 25/17 29/10 34/1 39/1 40/11 40/12
gone [1]  33/25
good [7]  2/4 2/5 2/11 2/13 2/14 2/20 23/10
got [4]  20/25 26/20 28/17 30/15
gotten [1]  32/20
government [25]  2/9 3/15 6/6 6/9 6/21 7/17 8/2 8/16 9/1 9/9 10/7 10/10 13/1 17/19 18/11 18/14 19/14 23/2 24/14 26/9 33/4 33/8 37/17 39/19 39/24
government's [8]  3/22 9/4 9/18 11/11 22/7 33/18 39/14 40/2
graduate [1]  28/16
grandiose [1]  8/1
granted [1]  37/19
granting [1]  19/17
gravity [1]  17/17
greater [4]  30/25 33/9 33/18 34/11
greatest [1]  18/12
greatly [1]  39/9
Greenbelt [1]  1/17
greet [1]  25/5
grips [1]  29/11
ground [1]  24/6
grounds [4]  4/24 12/6 33/2 34/25
group [2]  5/9 21/1
grouped [1]  5/12
growth [1]  19/9
guidance [2]  18/23 19/2
guided [1]  15/16
guideline [4]  4/25 8/17 12/15 16/11 37/9
guidelines [18]  4/14 4/18 4/23 5/9 5/23 6/3 11/14 11/15 11/19 12/1 12/3 12/10 12/18 12/19 13/10 13/11 32/5 35/2
guilty [8]  5/17 7/20 7/20 10/13 11/18 13/7 32/4 32/13

had [11]  3/8 3/15 5/12 19/24 21/24 24/25 26/17 26/23 32/13 32/25 39/5
hadn't [1]  32/12
Haley [1]  39/8
Hall [3]  7/8 25/8 25/10
hallway [2]  7/8 25/9
hand [2]  22/21 22/21
handle [1]  16/18
hands [1]  23/11
hang [2]  20/5 40/9
hanging [1]  39/15
happen [1]  29/15
happened [2]  9/5 29/13
happy [2]  29/15 39/18
hard [1]  29/16
hardship [1]  14/10
harm [1]  18/11
has [25]  5/16 5/20 6/9 6/11 7/20 11/18 11/24 13/5 14/11 15/23 16/25 17/22 17/23 17/24 18/25 19/1 20/14 20/15 25/22 28/24 32/10 33/25 35/19 36/21 39/21
hasn't [1]  34/7
hate [1]  14/16
have [73]  2/17 3/2 3/7 3/9 3/21 3/23 5/9 8/8 8/11 10/2 10/17 10/19 11/16 11/16 11/21 11/25 12/4 12/23 13/6 13/7 13/16 13/18 15/11 15/15 15/16 15/21 15/24 15/25 16/3 16/4 17/2 17/11 17/18 17/21 18/12 18/16 19/13 19/13 19/19 20/1 23/1 23/11 24/2 26/11 26/12 27/24 28/5 28/6 28/20 29/16 29/25 30/3 30/21 31/12 31/17 31/18 32/4 32/20 33/3 34/5 34/9 34/11 34/17 35/10 35/12 35/17 37/5 37/22 38/18 39/2 39/5 39/16 39/17

haven't [1]  12/11
having [2]  8/4 12/23
he [46]  5/20 6/15 6/19 6/24 7/4 7/15 7/15 7/21 7/25 8/2 9/10 9/24 9/24 9/25 10/6 10/13 10/16 15/11 15/15 22/3 22/10 22/16 23/15 23/18 23/24 24/4 24/10 24/17 25/4 25/23 25/24 26/1 26/2 26/20 33/10 33/10 34/7 38/2 38/6 38/10 39/5 39/16 39/17

he's [11]  10/7 11/6 23/12 24/19 24/20

25/25 26/10 38/22
heads [1]  25/2
headset [1]  15/18
healing [1]  19/10
healthy [1]  29/15
hear [3]  2/24 3/3 29/10
heard [3]  20/1 22/10 29/24
hearing [6]  1/8 2/18 8/4 9/12 9/13 40/19
heart [1]  17/17
heartfelt [2]  3/25 18/18
hearts [1]  29/5
heavily [1]  32/1
heavy [1]  17/17
heed [1]  27/1
HELD [1]  1/8
helmeted [1]  21/25
help [3]  7/2 29/11 34/2
helped [1]  24/17
helpfulness [1]  30/4
helping [3]  22/3 30/5 33/6
her [3]  17/23 18/23 18/23
here [15]  2/6 3/2 11/12 13/5 13/20 14/12 20/1 20/25 21/19 26/22 27/2 27/9 32/6 38/7 40/6
hereby [2]  34/22 41/3
hesitated [1]  34/9
hide [1]  24/25
hiding [1]  9/8
high [2]  11/11 28/16
higher [1]  5/10
highlights [1]  6/10
highway [1]  15/19
Hill [1]  26/5
him [16]  9/12 9/13 10/11 10/4 15/7 15/16 15/16 17/4 21/11 22/5 23/10 26/1 26/9 33/14 39/8 40/9
himself [5]  4/7 15/14 15/20 24/16 30/7
his [42]  2/17 5/16 5/22 7/6 7/6 7/19 7/22 7/25 9/22 10/2 10/4 10/23 10/25 11/1 11/1 11/2 11/5 11/6 11/7 15/4 15/6 15/15 15/16 21/16 22/10 22/15 22/15 23/11 24/4 24/7 24/17 25/1 25/24 27/1 27/3 28/15 33/10 37/21 38/10 39/8 40/9 40/14

history [16]  5/20 5/21 5/23 10/23 11/6 11/16 11/20 13/4 13/6 13/24 16/5 16/8 27/24 28/14 28/19 35/5
holding [2]  29/1 29/1
home [1]  34/7
Honor [52]  2/4 2/11 2/14 2/16 2/18 2/20 3/3 3/5 3/9 3/14 3/17

9/17 10/2 10/8 10/11 10/14 10/17 11/8 11/10 11/12 11/14 12/14 12/22 13/18 13/22 14/2 14/25 15/10 15/13 15/22 16/7 16/12 17/4 17/7 17/8 17/15 17/15 19/6 37/4 37/17 37/25 38/17 38/25 39/7 39/13 39/25 40/8
HONORABLE [4]  1/8 2/2 20/9 40/17
hope [1]  19/18
hours [7]  15/12 17/2 17/3 17/4 36/1 36/4 36/24
House [6]  7/9 7/13 25/10 25/20 25/24 27/21
housed [1]  38/10
houses [1]  27/20
how [12]  4/10 5/9 5/12 11/6 12/2 12/9 24/21 29/6 29/7 29/20 38/6 39/11
However [1]  7/23
huge [1]  30/8
human [1]  14/17
hundred [1]  15/12
hundreds [3]  6/19 8/15 27/14
hurt [1]  19/13

**I**

I'm [16]  4/10 11/14 12/6 12/15 12/15 12/23 18/22 19/2 23/10 29/12 31/18 32/13 36/3 36/9 38/16 38/24
I've [2]  10/20 26/13
ignore [2]  31/8 33/14
II [3]  25/19 32/17 34/7
illegal [1]  36/11
illuminated [1]  17/25
images [1]  8/5
imagine [2]  15/10 38/6
immediately [4]  24/9 24/13 35/15 39/2
impact [2]  15/21 29/21
important [7]  3/1 4/12 19/25 20/18 21/19 28/25 29/12
importantly [7]  4/6 9/7 10/2 15/6 16/11 17/19 30/1
impose [4]  17/13 20/6 30/25 34/9
imposed [3]  31/3 34/21 37/6
imposing [1]  23/15
imposition [1]  35/13
impressed [1]  39/18
imprisonment [1]  37/7
improve [1]  16/5
inaccurate [1]  10/8
incarceration [8]  6/13 8/18 13/11 32/6 33/20

I

incarceration... [3]
34/23 34/25 36/5
incident [1] 22/25
include [3] 11/17 37/23
38/3
included [1] 3/25
including [5] 3/22 6/16
7/5 8/3 35/22
inclusion [1] 38/19
increase [2] 5/2 5/6
increased [1] 34/2
individual [1] 14/14
individually [2] 20/15
27/22
individuals [2] 21/15
32/9
indulgence [2] 13/19
13/21
inform [1] 40/14
information [4] 28/18
36/20 36/22 37/18
infrequently [1] 27/23
injury [1] 14/6
inside [10] 7/15 8/4
21/18 24/18 24/22
25/11 25/25 26/20
27/7 32/15
inspiring [1] 29/1
instance [2] 16/21
32/17
instant [2] 14/7 14/13
instructed [2] 10/1
35/10
instructions [3] 22/14
40/10 40/15
instruments [1] 31/16
integrity [1] 30/4
intentional [1] 23/21
interest [1] 35/23
interrupted [1] 24/24
interview [1] 12
investigators [1] 7/21
involve [1] 15/20
involved [3] 21/3 32/12
38/7
involving [1] 14/14
irreplaceable [1] 18/22
is [101] 2/2 2/3 2/15
3/1 3/12 3/13 4/2 4/4
4/5 4/13 4/17 4/19
5/10 5/18 5/20 6/2 6/4
6/4 6/11 6/13 8/10
8/16 9/1 9/2 9/4 9/5
9/18 9/19 10/5 10/8
10/11 10/15 10/15
11/9 11/9 11/12 12/20
12/20 13/5 14/1 14/7
14/13 14/25 15/1 15/2
15/6 15/9 15/25 16/11
16/13 16/14 16/16
16/19 17/6 17/11
19/23 20/9 20/10
20/13 20/19 21/4
21/19 22/6 22/18
22/22 22/25 23/4
23/14 24/5 24/8 24/9
24/19 25/15 25/15
26/2 26/10 26/12 28/1

it [52] 3/8 4/12 4/17
5/14 5/25 12/16 12/23
13/3 13/10 14/12 17/5
17/6 17/24 20/6 21/4
22/2 22/8 22/18 23/2
23/5 23/8 23/9 23/11
23/11 23/12 23/13
24/3 24/7 24/12 24/14
25/3 25/9 25/21 26/16
27/5 27/8 27/9 28/2
28/3 28/11 29/11
29/14 33/13 33/25
34/6 34/18 38/4 38/12
38/14 38/14 38/25
39/6
it's [34] 4/11 9/10 10/8
10/9 10/9 13/2 14/11
14/12 15/22 18/3 18/6
19/25 20/22 23/15
23/16 23/19 26/18
27/12 27/13 27/21
27/25 27/25 28/12
28/12 28/13 29/12
30/5 30/18 33/9 34/1
34/2 34/22 35/15 38/2
its [2] 33/19 34/15
itself [1] 25/10
Ivy [1] 1/16

J

JACKSON [3] 1/8 2/3
20/10
jail [4] 13/12 15/2 15/5
16/22
January [13] 6/25 7/4
8/1 8/5 8/7 8/12 10/6
10/16 20/25 21/5 30/8
31/10 32/10
January 6 [13] 6/25 7/4
8/1 8/5 8/7 8/12 10/6
10/16 20/25 21/5 30/8
31/10 32/10
Jessica [1] 2/21
job [1] 33/7
join [1] 7/7
joined [3] 6/19 7/6
23/12
joint [1] 21/7
journey [1] 19/9
JUDGE [2] 1/9 2/3
judgment [6] 18/9 19/8
34/22 37/11 37/23
38/19
June [1] 3/7
June 15 [1] 3/7
jurisdiction [1] 36/8
just [32] 2/25 4/21
10/13 12/14 13/20

22/22 22/22 23/9
23/13 23/22 25/11
26/8 27/12 27/14
27/19 27/25 29/14
30/8 30/15 30/22 31/5
32/23 33/22 33/25
38/21 39/13 39/14
39/25

K

keep [1] 21/17
Kelly [1] 4/4
Kevin [5] 4/1 25/19
32/17 34/2 34/7
key [1] 34/14
kick [2] 24/2 27/10
kicking [2] 6/25 24/19
kind [1] 15/3
kinds [1] 15/17
Kirby [1] 4/5
knew [2] 27/8 27/25
know [24] 12/2 12/9
12/17 12/20 13/2 15/2
15/10 15/13 15/17
15/19 15/24 16/17
17/2 17/3 17/5 24/1
25/20 33/25 34/2
34/16 38/1 38/8 38/9
39/4
knowing [1] 29/7
knows [1] 11/14

L

lack [5] 9/5 9/10 11/20
24/4 35/5
lacks [1] 15/7
Lane [1] 1/16
language [1] 9/4
large [1] 18/14
largely [1] 32/10
largest [1] 24/15
last [1] 39/8
late [1] 4/3
Later [1] 25/4
law [6] 8/6 19/5 21/13
21/23 28/8 31/4
law-abiding [1] 19/5
Lawlor [11] 1/14 1/15
2/15 3/7 8/21 17/10
31/14 33/18 37/2
37/23 40/1
Lawlor's [1] 23/6
lawyer [2] 11/3 40/14
leads [1] 11/8
learning [1] 4/4
least [2] 26/11 28/2
leave [5] 7/14 20/3
26/1 26/1 40/12
leaves [2] 25/19 25/23
led [1] 8/15
legal [1] 3/11
legislative [1] 27/20
legitimate [1] 22/23
lengthy [1] 14/12
leniency [1] 19/9
less [3] 27/6 32/18
36/18
let [3] 27/11 36/4 38/21

10/14 10/20 10/25
11/1 11/1 17/11 24/1
29/6 29/23
letters [8] 4/1 4/8 10/3
11/2 11/7 16/8 16/9
30/9
letting [1] 34/14
level [10] 5/1 5/3 5/5
5/15 5/18 5/19 5/19
5/22 11/19 13/9
levels [5] 5/2 5/7 12/25
life [7] 11/7 15/15
17/22 17/24 18/10
19/3 19/15
like [18] 6/6 8/21 11/15
11/17 11/20 13/1 13/8
15/4 15/16 15/22
15/23 17/12 19/23
29/25 30/18 33/14
37/23 39/3
likely [1] 35/7
liken [1] 31/10
limited [1] 12/3
line [6] 6/15 6/23 18/4
21/25 22/6 25/16
list [1] 12/23
listen [1] 9/22
listening [1] 17/9
lists [1] 4/12
literally [1] 22/1
little [1] 10/7
lived [1] 11/7
lives [4] 15/15 16/6
25/13 29/5
living [1] 15/15
lobby [1] 25/21
local [1] 36/12
location [1] 36/25
locations [2] 7/5 7/5
locked [2] 24/2 27/10
long [3] 15/24 20/20
34/1
long-winded [1] 20/20
longer [2] 23/11 37/7
look [4] 23/2 23/3 23/3
38/25
looked [1] 23/1
looking [1] 15/14
looks [1] 30/14
loss [5] 17/22 28/24
33/24
lot [6] 16/10 17/7 19/24
29/16 31/17 33/3
loud [1] 25/15
loudspeaker [1] 22/3
Louisiana [1] 4/2
love [2] 18/5 18/23
loved [1] 28/25
loving [1] 28/23
lumber [4] 7/2 24/6
25/2 27/17

M

made [4] 8/25 21/15
23/21 40/4
maintain [1] 21/25
make [8] 2/24 10/1
20/1 24/21 25/9 26/5
37/25 39/19

making [3] 14/25 19/4
19/15
man [4] 30/6 30/8 30/9
33/6
managed [1] 20/25
maneuver [1] 12/4
many [6] 5/12 16/17
17/4 20/22 21/15
39/16
marked [1] 17/22
marker [1] 33/13
Maryland [1] 1/17
materials [1] 3/21
matter [4] 9/10 17/24
18/5 41/5
matters [2] 18/10 19/3
maximum [1] 37/7
may [8] 7/18 16/16
16/16 36/9 36/10
36/11 36/22 37/12
mayhem [1] 8/12
McKenna [1] 1/15
me [21] 2/25 4/10 11/8
11/24 13/17 17/13
19/1 19/1 19/11 19/17
23/7 27/9 27/17 29/16
29/19 30/22 31/15
36/4 37/23 38/17
38/21
mean [2] 16/13 19/11
measured [1] 39/21
meet [2] 27/22 27/23
meets [1] 38/22
member [2] 19/5 24/5
members [5] 17/16
21/21 24/24 25/11
32/25
memo [1] 6/9
memorandum [3] 3/22
3/24 40/3
men [2] 25/6 25/7
message [1] 17/5
Michael [2] 1/14 2/14
might [1] 16/18
Mike [1] 2/10
military [3] 7/19 22/15
28/7
million [1] 35/21
Millions [1] 26/25
minimize [1] 31/9
minute [1] 27/11
minutes [3] 20/6 25/25
38/17
misdemeanor [8] 8/11
26/10 27/12 32/11
32/13 32/24 33/1 33/5
misdemeanors [2] 16/4
26/8
miss [3] 18/7 18/23
39/8
mitigating [2] 6/10 7/18
mob [6] 6/19 8/6 24/5
25/21 28/11 34/14
moment [2] 21/5 30/15
moments [1] 18/21
month [4] 14/24 32/24
36/1 36/14
months [7] 5/24 8/17

**M**

months... [5] 8/18
11/12 13/11 32/7
34/10
months' [1] 34/25
more [12] 9/7 10/2
10/21 13/2 15/6 18/11
24/3 25/25 30/22
31/16 31/24 35/21
most [10] 4/5 8/10
13/16 16/11 17/19
18/18 19/14 26/10
30/1 30/1
mother [5] 4/3 15/16
17/23 18/21 29/14
motion [2] 9/1 37/19
motivation [1] 14/16
move [2] 37/18 40/1
moved [2] 7/7 29/5
Mr. [70] 2/16 2/23 3/7
4/9 6/6 6/14 6/22 6/23
7/3 7/6 7/10 7/11 7/14
7/19 7/20 7/24 8/11
8/20 8/21 9/1 9/6 9/9
9/11 9/12 9/14 9/18
9/20 9/21 10/4 10/5
10/12 10/14 10/22
11/5 11/16 11/18
11/23 12/24 14/22
15/4 15/9 15/14 15/18
15/19 16/9 16/14
16/25 17/6 17/10
17/11 19/21 21/15
23/6 25/18 26/21
31/14 33/18 37/2 37/5
37/15 37/23 38/9 39/8
39/16 39/18 39/20
40/1 40/9 40/12 40/14
Mr. Cronin [51] 2/16
2/23 4/9 6/14 6/22
6/23 7/3 7/6 7/10 7/11
7/14 7/19 7/20 7/24
9/1 9/6 9/9 9/11 9/14
9/18 9/21 10/4 10/5
10/12 10/14 10/22
11/16 11/18 11/23
12/24 14/22 15/4 15/9
15/14 15/18 15/19
16/9 16/14 16/25 17/6
17/11 19/21 21/15
25/18 26/21 37/5 38/9
39/16 39/18 40/9
40/14
Mr. Cronin's [2] 8/11
11/5
Mr. Demetriou [1] 9/20
Mr. Haley [1] 39/8
Mr. Lawlor [8] 3/7 8/21
17/10 31/14 33/18
37/2 37/23 40/1
Mr. Lawlor's [1] 23/6
Mr. Widman [6] 6/6
8/20 9/12 37/15 39/20
40/12
much [5] 27/6 30/13
30/21 31/24 40/7
must [11] 4/13 18/8
31/2 34/6 36/5 36/12
36/17 36/19 36/24

**N**

name [1] 2/10
narrow [1] 25/9
nation's [2] 27/1 34/15
nature [4] 20/19 26/18
33/22 38/5
near [1] 6/14
necessary [5] 23/19
27/5 31/1 33/19 34/11
need [10] 3/11 6/3
16/20 26/21 27/11
31/3 31/19 32/2 37/16
40/12
needed [1] 31/24
needs [1] 16/14
neglected [1] 18/20
negotiations [1] 39/18
neither [1] 40/13
nestor [5] 1/20 1/22
41/8 41/8 41/10
never [3] 7/5 9/25
10/20
new [2] 1/12 12/10
no [20] 1/3 3/17 4/17
5/20 9/23 11/16 11/24
13/6 16/5 18/5 20/23
22/8 23/11 23/21
28/19 28/19 30/14
36/18 37/25 38/7
No. [9] 2/8 13/23 13/25
14/2 14/5 14/7 14/9
14/11 14/13
No. 1 [1] 13/23
No. 2 [1] 13/25
No. 3 [2] 2/8 14/2
No. 4 [1] 14/5
No. 5 [1] 14/7
No. 6 [1] 14/9
No. 7 [1] 14/11
No. 8 [1] 14/13
non [1] 13/12
non-jail [1] 13/12
none [2] 6/2 37/4
nonetheless [1] 6/19
Northwest [2] 1/12
1/21
not [90] 7/14 7/24 8/4
8/4 8/8 9/9 9/10 9/15
9/19 9/20 9/24 9/25
10/8 10/12 10/23
10/25 11/12 11/17
12/6 12/15 12/17 13/7
13/16 13/23 13/25
14/2 14/5 14/7 14/9
14/11 14/13 14/15
14/18 14/19 15/7

**O**

my [40] 3/4 3/19 13/20
16/7 17/1 17/8 17/18
17/19 17/20 17/21
17/22 17/23 18/8 18/9
18/9 18/12 18/13
18/15 18/17 18/18 18/18
18/18 18/19 18/21
19/1 19/7 19/10 19/11
19/12 19/14 19/19
23/7 23/15 23/17
26/11 26/16 32/1
32/21 34/19 35/2 35/4

**N**

oath [4] 9/11 9/13 23/8
23/8
obeying [1] 22/13
objections [2] 3/16
37/2
obligation [1] 35/19
obscure [1] 18/9
observer [1] 23/12
obvious [2] 10/11
22/19
occasions [2] 7/12
7/25
occur [2] 9/15 12/24
off [2] 25/3 34/4
offense [22] 5/1 5/2
5/15 5/18 5/22 11/17
13/7 14/4 14/5 14/7
14/8 14/13 14/17
20/20 23/12 26/19
27/15 31/4 31/5 31/23
32/20 33/23
offenses [3] 11/18
14/14 38/6
offer [2] 17/20 32/10
office [10] 2/22 36/3
36/6 36/14 36/18
36/19 36/22 36/23
37/1 39/12
officer [2] 33/11 38/21
officers [9] 6/16 8/6
21/12 21/13 21/16
22/20 26/1 30/13
30/16
officers' [1] 22/13
Official [2] 1/20 41/9

old [1] 28/17
once [4] 7/12 23/25
24/3 26/20
one [31] 4/12 5/10
6/12 8/10 9/1 9/4
10/21 11/8 11/13
11/24 12/2 12/12
12/14 13/6 13/9 15/3
16/3 16/22 19/1 19/18
20/13 20/15 21/15
22/16 23/21 24/14
24/19 30/10 34/10
34/15 38/7
only [13] 10/18 10/24
10/25 15/7 15/25
18/10 27/22 28/9
28/13 30/10 32/13
33/4 38/2
opportunity [7] 3/8 6/6
7/24 9/24 16/2 17/12
19/17
order [5] 11/22 15/17
37/24 40/1 40/6
ordered [1] 35/20
ordering [1] 31/21
other [18] 7/15 11/3
11/21 12/3 12/12 16/4
16/6 16/23 18/4 20/22
24/21 24/21 25/12
32/24 33/12 36/10
37/22 39/16
others [12] 7/2 7/7
8/13 8/15 16/17 16/20
16/23 17/5 24/8 25/5
27/14 30/5
otherwise [1] 34/17
ought [1] 20/6
our [6] 18/2 18/2 18/2
18/3 18/20 34/14
out [6] 7/16 12/19
28/16 31/1 34/3 36/14
outset [1] 8/24
outside [3] 7/1 22/15
24/3
outwards [1] 24/19
over [3] 29/4 29/25
29/25
overcome [2] 21/14
22/21
overlook [1] 30/22
overrepresentation [1]
13/3
overtook [1] 8/7
overwhelmed [2] 8/6
17/17
own [1] 17/19

**P**

p.m [4] 2/1 20/8 24/9
40/19
pages [1] 36/15
paid [4] 5/25 11/4
35/19 36/21
pain [1] 17/18
painful [2] 18/1 28/24
pane [1] 7/2
parading [1] 27/15
32/13 32/20 32/23
paragraph [1] 36/15

[9] 3/19 13/24
14/25 21/21 23/14
23/15 23/16 28/22
40/5
participant [1]
participated [1] 27/17
participation [1] 8/9
particular [6] 33/15
33/16 33/16 34/12
35/11 38/8
particularly [1] 31/8
parties [2] 4/16 5/13
pass [1] 39/3
passage [1] 29/6
passing [1] 17/22
past [2] 21/16 21/24
path [1] 17/25
patience [1] 20/11
pay [4] 35/12 35/14
35/21 36/17
payable [1] 35/15
peaceful [1] 28/4
penalties [1] 35/24
Pence [1] 21/10
pending [1] 29/9
Pennsylvania [1] 27/4
people [18] 4/7 10/3
10/4 11/15 15/16 16/1
16/6 21/18 22/1 22/12
24/9 24/21 26/13
26/25 28/11 29/15
29/18 32/21
perform [1] 36/24
period [2] 34/23 37/6
permission [1] 37/13
permit [1] 35/9
perseverance [1] 29/17
person [12] 3/2 3/4
15/4 15/4 15/9 24/10
28/25 30/6 34/12
34/17 36/2 36/5
personal [1] 19/9
personally [3] 14/9
21/3 35/23
perspective [1] 19/3
Pezzola [1] 33/6
photo [1] 3/23
pick [1] 15/18
picked [4] 6/22 23/9
25/2 27/17
picketing [1] 27/15
piece [4] 7/1 24/6 25/2
27/17
place [1] 23/1
placed [1] 38/2
places [1] 19/16
Plaintiff [2] 1/3 1/11
planned [1] 26/3
played [1] 28/25
player [1] 34/14
plaza [2] 6/15 6/21
plea [9] 4/16 5/17 7/20
7/21 7/22 23/16 32/11
35/20 39/17
plead [2] 32/23 33/5
please [4] 3/10 13/21
20/4 39/5
pled [5] 10/13 11/18
32/13 32/25 33/2

**P**

point [12] 4/21 9/16
9/17 9/23 11/8 22/18
22/22 22/24 24/13
24/23 25/6 26/6
points [3] 5/11 13/24
24/15
police [9] 6/16 6/23 8/6
21/12 21/25 22/6
22/11 25/16 33/11
political [3] 18/8 18/19
26/23
pose [2] 35/8 35/8
position [2] 12/5 23/4
possess [2] 36/9 36/11
possible [2] 8/8 37/21
possibly [1] 32/7
power [1] 28/5
praying [1] 25/12
prepared [1] 19/7 20/5
present [6] 2/16 2/17
9/20 17/16 21/10 30/7
presentence [5] 3/6
3/12 3/19 5/13 36/15
presents [1] 16/2
president [4] 21/10
24/24 26/22 26/25
president's [1] 21/2
presidential [1] 21/9
presiding [3] 2/3 20/10
21/11
pretend [1] 11/4
prior [3] 5/20 7/19
28/19
priorities [1] 19/1
prison [1] 15/25
probably [3] 10/19 20/6
34/9
probation [1] 2/21
32/14 32/21 36/2 36/6
36/14 36/18 36/19
36/22 37/1 38/21
problem [1] 11/25
problems [1] 31/19
procedure [1] 4/22
proceed [2] 2/18 3/1
proceeding [1] 3/2
proceedings [2] 2/1
41/4
process [2] 24/23 26/7
profound [4] 10/21
15/10 15/21 17/22
profoundly [2] 18/15
18/24
program [1] 31/20
prohibited [1] 27/8
promote [1] 31/4
proof [3] 9/6 9/8 9/11
property [4] 5/4 33/3
33/8 34/10
proposition [1] 16/22
protect [1] 31/25
protest [3] 22/14 22/22
28/9
protesters [2] 22/9
22/19
prove [3] 11/22 19/18
33/8
provide [2] 31/5 36/19

pulling [1] 22/1
punish [1] 16/1
punishment [11] 11/10
15/1 15/3 15/7 16/13
16/21 16/22 17/6 31/5
31/23 33/22
purposes [2] 31/1
31/22
pursuant [2] 7/22
35/20
pushed [1] 26/2
pushes [1] 22/16
put [6] 9/11 15/18
23/13 24/11 31/19
34/4

**Q**

qualify [2] 12/12 12/13
questions [4] 9/12 9/13
9/14 9/22
quietly [1] 30/18

**R**

rack [1] 22/21
raise [1] 9/7
raised [1] 11/24
rally [1] 22/17
range [3] 5/25 8/17
37/9
rate [1] 36/17
rather [2] 7/15 10/10
read [13] 4/8 6/11 10/2
10/14 10/20 13/15
14/12 16/8 17/11
19/24 29/6 29/23 40/9
realize [3] 15/1 16/16
38/2
realized [1] 26/16
really [7] 6/3 11/8 12/2
16/5 20/14 21/19
27/11
reason [2] 12/20 23/10
reasonable [2] 11/12
33/21
reasons [2] 5/14 8/16
reassess [1] 19/1
reassuring [1] 18/4
rebuilding [1] 19/10
receive [4] 13/23 13/25
14/15 14/18
received [5] 3/21 3/24
4/6 32/17 33/3
recently [1] 28/24
recess [1] 20/8
recognizes [1] 7/17
recommend [7] 4/14
4/18 5/23 5/25 32/6
37/20 38/1
recommendation [6]
17/1 33/18 33/20 38/3
38/19 39/3
recommendations [1]
37/22
record [3] 2/10 13/16
17/1
records [1] 32/4
recover [1] 34/1
reduced [1] 32/11

reunited [1] 25/1
review [1] 3/8
reviewed [1] 12/23
revised [2] 3/6 35/3
revolution [1] 20/24
RHYLEI [2] 1/5 2/8
right [16] 2/17 2/19
2/23 3/2 3/4 3/18 8/20
22/5 24/20 37/5 37/5
37/19 38/5 39/1 39/20
40/7
rights [2] 14/14 14/17
rioter [1] 7/3
rioters [6] 6/16 7/7
7/15 24/12 25/22
31/10
risk [1] 35/8
RMR [2] 1/20 41/8
role [3] 10/16 14/19
28/25
room [2] 12/3 31/17
rules [1] 5/9

**S**

safety [1] 24/25
said [11] 11/20 13/2
13/5 13/8 15/11 15/23
35/7 23/13 24/14 35/3
39/14
salient [1] 11/8
same [3] 23/17 27/12
27/14
sandbag [1] 13/1
satisfied [1] 25/7
satisfies [1] 14/22
saw [2] 26/15 39/7
say [11] 4/19 6/3 9/8
10/11 11/5 12/12
12/14 17/2 17/12
22/11 34/16
saying [3] 9/15 12/18
20/20
says [6] 9/10 23/2 23/6
26/8 26/9 30/24
school [1] 28/16
score [1] 5/23
SeaTac [1] 38/12
second [2] 9/17 40/9
section [7] 4/11 4/24
4/25 5/1 5/5 5/6 5/7
secure [1] 23/24
security [1] 18/6
see [8] 2/24 10/15 15/9
18/1 22/5 22/12 23/19
25/13
seeking [1] 19/2
seem [1] 30/12
seen [6] 7/6 8/11 12/11
26/10 26/12 26/13
semantics [1] 9/8
Senate [9] 6/24 7/1
7/12 8/14 23/25 25/3
25/4 25/21 27/22
send [2] 39/4 39/6
sent [1] 15/5
sentence [29] 4/11
4/15 5/24 6/4 6/7 6/12
8/17 11/12 13/12
17/13 20/2 20/6 20/14

30/25 31/3 31/7 32/8
32/18 33/10 33/17
34/20 35/2 35/4 37/6
37/8 38/11
sentenced [3] 33/14
34/23 35/25
sentencing [17] 1/8 2/7
3/20 3/23 3/24 4/14
4/19 4/21 6/5 6/9
11/13 12/24 26/9 32/3
34/4 37/8 40/2
sentencings [1] 10/20
separate [1] 7/11
September [1] 1/5
serious [4] 14/6 14/17
33/13 33/22
seriousness [2] 31/4
31/22
serve [4] 15/7 32/5
34/17 35/25
served [3] 24/12 28/7
35/1
serves [1] 17/6
service [7] 7/19 15/12
15/20 17/3 17/4 31/21
36/24
serving [1] 38/10
session [3] 2/3 20/10
21/7
set [2] 31/1 36/14
several [2] 7/4 7/25
sex [1] 14/8
shapes [1] 16/24
share [1] 36/22
shared [1] 40/3
shatter [1] 27/18
shattered [1] 24/8
she [4] 18/21 29/3 29/4
29/7
she's [1] 29/4
shield [1] 33/11
shocked [1] 26/15
shocking [1] 33/24
short [2] 19/23 32/18
shot [1] 25/23
should [5] 4/11 10/11
18/12 20/2 20/18
show [2] 22/18 30/16
shown [1] 39/21
side [5] 15/19 16/3
16/4 25/3 25/12
sightseeing [1] 25/18
significance [2] 31/9
33/15
significant [2] 26/18
32/22
significantly [2] 18/11
30/1
signs [1] 21/24
similar [2] 32/4 32/4
simply [3] 21/20 31/8
34/16
sincere [3] 17/20 19/12
29/22
single [1] 28/6
sink [1] 27/11
sister [2] 4/1 4/2
six [1] 32/24

reflect [1] 31/3
reflected [1] 33/10
reflecting [2] 31/22
33/22
reflects [1] 32/8
regarding [2] 6/7 10/17
regardless [1] 18/1
regret [1] 18/16
Reichler [1] 2/21
reiterate [1] 19/12
relationships [2] 18/20
19/10
release [5] 8/19 28/21
35/6 36/1 36/4
released [1] 36/6
reliability [1] 30/4
remaining [5] 4/24 12/6
33/1 34/24 37/18
remains [1] 18/5
reminder [1] 17/23
remorse [6] 7/25 10/1
10/12 11/6 17/20
29/20
remorseful [4] 9/19
9/25 10/6 10/8
repeating [1] 10/25
replace [1] 28/11
report [9] 3/6 3/12 3/19
5/13 34/5 35/10 36/2
36/5 36/15
REPORTED [1] 1/20
reporter [3] 1/20 40/13
41/9
representation [1] 23/7
Representatives [1]
27/22
republican [1] 21/10
request [8] 11/11 17/8
19/8 34/6 35/11 37/12
38/1 39/19
requested [2] 36/20
39/17
required [5] 4/19 21/11
30/24 31/17 35/14
reserve [1] 18/18
reservist [1] 28/17
resolved [1] 3/11
resolves [1] 18/3
respect [4] 7/19 12/5
26/11 31/4
response [2] 26/4
33/21
responsibility [2] 5/17
30/10
responsible [2] 19/4
29/7
restitution [3] 35/21
35/24 36/17
restrained [1] 12/2
restricted [4] 4/24 12/6
33/1 34/24
result [1] 14/5
resulted [1] 18/17
retain [1] 36/7
retained [1] 8/5
retrial [1] 38/14
return [1] 20/5

11/19 11/22 13/9

six-month [1] 32/24
size [2] 15/3 16/22
sizes [1] 16/23
smash [1] 27/18
smoke [1] 22/6
so [22] 3/18 4/19 5/20
6/2 9/15 9/19 10/7
10/19 13/14 15/10
15/22 16/7 16/19 17/8
18/10 20/15 32/1
33/17 34/17 39/2 39/5
40/9
society [4] 18/11 18/14
19/5 19/14
some [9] 3/23 7/18
15/20 29/11 31/11
32/6 32/20 32/22
33/20
somebody [1] 10/15
somehow [1] 29/6
someone [4] 15/23
16/3 16/4 31/18
someplace [1] 37/21
sometimes [1] 31/16
somewhere [1] 23/13
sorry [4] 10/16 18/15
30/2 36/3
sort [2] 15/2 15/20
soul [1] 17/21
source [1] 18/13
South [1] 4/4
speak [2] 6/7 8/21
speakers [1] 26/4
special [3] 35/14 36/16
37/2
specialist [1] 4/4
specific [2] 37/22 39/2
spectrum [1] 32/9
speech [2] 21/2 27/3
spontaneous [1] 26/3
spray [3] 6/17 22/6
23/8
sprayed [3] 6/22 9/1
23/5
staff [1] 25/11
staircase [1] 23/20
stand [2] 17/16 28/16
standing [2] 24/20
27/16
stark [2] 17/23 18/25
start [3] 4/25 5/10 24/9
starting [1] 4/21
state [3] 2/10 36/12
38/24
statement [1] 10/1
statements [1] 8/2
STATES [13] 1/1 1/2
1/9 1/11 2/7 2/12 2/21
21/7 21/12 27/10
27/19 27/21 28/1
Statuary [3] 7/8 25/8
25/9
statute [5] 4/9 4/13
20/16 30/24 31/2
statutes [1] 12/4
statutory [2] 34/20 37/7
stay [2] 20/4 40/13
stayed [1] 7/15

steady [1] 24/14
step [1] 30/13
still [6] 17/6 23/23
25/20 25/23 29/3 29/4
stole [1] 33/11
stopped [1] 25/15
strained [1] 18/12
Strokes [1] 29/14
strong [2] 18/8 26/23
strongly [2] 29/3 37/20
struggling [1] 39/10
student [1] 27/24
submission [1] 9/6
submitted [1] 6/9
substance [3] 28/20
31/19 36/11
substantial [1] 14/10
substantially [1] 32/12
subvert [1] 28/10
success [1] 24/4
such [3] 28/25 35/19
36/21
sudden [1] 28/24
suffered [1] 28/24
sufficient [1] 30/25
suggest [2] 10/7 13/12
Suite [1] 1/16
sum [1] 16/9
supervised [2] 8/18
36/1
supervision [3] 36/7
36/9 36/13
support [2] 18/13
18/23
supported [1] 26/22
supposed [8] 4/10
12/18 21/22 22/9
28/13 28/14 32/2 32/5
sure [10] 2/24 11/14
12/7 13/18 23/10 26/5
31/18 32/14 38/9
38/16
surge [1] 7/7
surrender [2] 35/9
40/10
surround [1] 10/3
surrounding [1] 21/12
symbol [2] 28/1 28/1
system [4] 15/2 15/3
15/23 31/15

T
tact [1] 10/9
take [7] 7/24 8/25 9/17
10/10 16/12 19/23
34/1
taken [1] 20/8
takes [2] 23/1 24/7
taking [3] 11/25 16/19
34/11
talk [3] 6/3 16/8 27/12
talked [1] 4/16
talking [4] 22/23 29/20
31/11 38/23
tammy [5] 1/20 1/22
41/8 41/8 41/10
tear [2] 6/17 22/3
technical [1] 28/17

technology [1] 28/19
tell [2] 23/7 34/8
tells [1] 4/10
ten [7] 5/8 11/21 13/8
13/15 14/23 25/25
33/10
ten-year [1] 33/10
tend [1] 32/21
term [3] 7/22 8/18
33/20
terminology [1] 9/2
terms [4] 8/1 11/13
15/25 36/1
terrace [1] 23/21
terrorism [1] 14/1
than [11] 10/21 11/3
11/7 16/10 24/3 30/25
32/18 33/9 33/18
34/11 35/21 36/19
37/7
thank [17] 2/19 6/8
8/19 8/20 8/23 17/8
17/10 19/17 19/20
19/21 20/7 20/11 37/4
39/25 40/7 40/16
40/18
that [216] 2/25 3/11
3/12 3/13 3/25 4/7
4/10 4/16 4/19 4/20
4/20 5/2 5/7 5/10 5/14
5/14 5/15 5/16 6/2 6/9
7/7 7/17 7/23 7/23 8/7
8/11 8/13 8/14 9/1 9/4
9/6 9/6 9/8 9/10 9/15
9/15 9/18 9/22 10/3
10/5 10/7 10/13 10/14
10/15 10/16 10/21
10/21 10/24 11/1 11/1
11/2 11/4 11/8 11/14
11/17 11/18 11/21
11/22 11/24 12/5 12/8
12/17 12/19 12/21
12/24 13/7 13/9 13/12
14/22 15/2 15/7 15/9
15/11 15/14 15/17
15/19 15/20 15/25
16/9 16/13 16/16
16/18 16/20 16/21
16/22 16/25 17/4 17/5
17/12 17/18 17/24
18/1 18/5 18/6 18/8
18/12 18/16 18/17
19/1 19/10 19/13
19/13 19/16 19/18
19/19 20/1 20/3 20/17
20/22 20/23 21/4 21/5
21/20 21/22 21/22
22/8 22/8 22/10 22/18
22/19 23/5 23/7 23/7
23/8 23/11 23/14 24/8
24/15 24/23 25/6
25/20 25/22 26/6 26/9
26/13 26/13 26/17
26/19 26/21 27/11
27/16 27/20 27/23
27/25 28/4 28/6 28/22
28/23 29/3 29/8 29/8
29/12 29/13 29/24

30/6 30/6 30/10 30/11
30/12 30/15 30/20
30/21 30/23 30/24
30/25 31/1 31/8 31/11
31/14 31/14 31/16
31/18 31/21 31/24
32/5 32/8 32/14 32/20
33/10 33/10 33/19
34/8 34/10 34/16
34/22 35/7 35/11
35/12 35/22 36/7
36/22 36/25 37/15
37/15 37/19 37/20
38/1 38/1 38/3 38/6
38/6 38/8 38/8 38/22
39/17 39/19 39/19
40/2 40/3 40/6 40/9
41/3
that's [10] 4/21 6/2
9/16 17/8 20/20 24/20
27/8 29/18 38/20 40/5
their [6] 9/5 21/13
22/14 24/21 25/13
25/13
them [9] 9/23 13/16
22/2 22/16 23/22
24/14 24/19 24/19
24/20
then [8] 5/11 6/23 7/1
7/10 13/8 23/3 24/4
29/8
there [27] 3/4 3/10
4/17 5/6 5/18 16/11
16/14 17/21 21/20
21/22 22/7 23/19
23/22 23/23 24/20
25/11 25/22 26/6 31/8
31/17 32/16 32/18
37/2 37/4 37/15 38/7
39/23
there's [10] 4/9 5/2
10/5 12/9 16/20 17/12
20/23 22/18 30/8 38/7
therefore [5] 5/21
14/23 31/2 34/19
35/13
these [13] 12/3 12/8
13/8 13/12 15/16
15/22 16/17 20/13
26/8 31/7 34/8 34/12
39/21
they [22] 9/4 12/9
13/22 17/18 18/16
20/18 21/22 21/22
23/22 23/23 23/25
25/7 25/8 25/8 25/8
25/13 27/1 27/23 32/6
32/7 33/4 39/17
thick [1] 12/6
thing [6] 10/24 11/13
12/15 15/25 28/4
28/13
things [7] 4/13 15/11
15/14 15/17 17/24
28/5 31/21
think [28] 3/15 10/7
10/8 10/9 10/9 10/24
11/3 11/4 11/8 11/11

16/16 16/18 17/5
19/25 20/17 23/10
28/13 29/12 32/2 33/3
33/19 34/10 39/20
39/22
this [60] 2/2 2/17 3/1
3/7 5/16 5/17 6/4 6/7
6/10 6/13 7/18 8/10
9/1 9/2 9/5 9/7 9/12
9/13 10/15 11/9 12/7
12/12 12/15 12/24
13/9 13/10 14/24 15/1
16/2 17/11 17/13
18/25 20/9 20/12
20/15 21/24 22/22
22/24 22/25 24/2
24/11 24/11 25/17
26/3 26/9 26/15 26/16
27/25 32/14 33/15
33/15 33/16 35/2 37/6
37/16 39/4 39/15
39/19 40/13 40/17
those [18] 4/7 4/8 4/18
6/11 6/12 8/16 11/7
14/23 16/9 17/16
19/11 19/13 24/8
26/24 31/9 31/21 32/1
32/21
though [5] 20/25 23/25
28/14 32/15 38/25
thought [1] 10/21
thoughts [1] 19/24
thousand [2] 10/20
33/9
thousands [1] 27/5
threats [1] 14/3
three [2] 7/11 25/6
through [12] 7/8 7/12
7/13 13/20 19/19 20/4
20/16 22/21 24/6
24/16 25/24 33/25
throwing [1] 22/2
time [10] 15/6 26/15
29/18 32/16 32/18
34/1 34/13 35/19
36/21 37/16
times [3] 17/3 17/21
32/15
timing [1] 23/4
today [9] 2/6 3/1 17/16
19/18 23/15 26/22
27/9 29/24 36/2
together [5] 5/12 27/23
29/2
told [6] 2/25 27/24
29/16 30/3 30/13
30/16
took [2] 10/16 29/18
tools [1] 31/14
top [1] 8/17
total [2] 7/11 32/16
touched [1] 15/16
tourists [2] 31/10 31/12
toward [1] 6/20
towards [6] 6/23 17/25
22/17 22/19 25/3
35/21
tragedy [1] 34/16

Case 1:22-cr-00233-ABJ Document 97-18 Filed 05/01/23 Page 50 of 51

**T**

tragic [1]  29/14
trained [1]  28/5
training [1]  28/18
transcription [1]  41/4
transfer [2]  28/5 36/7
trash [1]  15/18
traveled [2]  6/23 7/4
tried [1]  27/9
tries [1]  24/2
trouble [1]  29/19
true [3]  20/22 30/5
  33/9
truly [4]  17/24 18/10
  19/3 33/24
truthful [1]  36/20
truthfully [1]  9/23
try [1]  31/9
trying [1]  24/5
turning [1]  22/14
tussled [1]  33/11
twice [1]  7/12
two [15]  5/2 5/7 5/18
  7/5 11/9 12/4 12/25
  13/6 13/9 16/3 24/15
  25/6 26/8 35/25 38/5
two-level [3]  5/18
  11/19 13/9
type [1]  38/23

**U**

U.S [11]  4/11 4/23 5/5
  21/5 35/16 35/22
  36/14 36/18 36/21
  36/23 36/25
U.S.C [1]  14/20
Ultimately [2]  5/12 7/14
unable [1]  37/12
Uncle [1]  4/5
unconditional [1]  18/5
under [18]  4/23 4/25
  5/1 5/6 5/7 6/4 9/11
  9/13 11/19 12/4 12/7
  13/12 14/1 14/15
  14/19 23/8 23/8 33/19
underscore [1]  4/20
understand [5]  4/17
  11/25 12/5 12/17
  16/13
understanding [2]
  17/25 19/8
undisputed [2]  3/19
  21/4
undo [1]  28/9
unfortunate [1]  10/9
UNITED [13]  1/1 1/2
  1/9 1/11 2/7 2/12 2/21
  21/6 21/12 27/10
  27/19 27/21 28/1
unlawful [1]  26/4
unless [1]  22/20
unlike [1]  20/22
unsatisfied [1]  24/4
until [6]  7/15 22/20
  25/25 26/1 35/18
  36/20
unwarranted [1]  32/3
unwavering [1]  18/23
up [25]  5/14 5/15 6/22

18/25 20/5 20/23 21/1
22/5 23/9 23/20 23/22
23/22 25/2 25/21 26/4
27/3 27/17 29/1 30/15
30/16 30/17 36/4
upon [1]  21/5
upper [5]  6/15 6/21
  7/13 23/20 25/24
upset [2]  22/12 29/7
upward [1]  37/8
us [3]  2/24 5/18 18/22
use [3]  14/2 36/10
  39/15
used [4]  9/2 28/2 29/25
  33/12
using [1]  7/1

**V**

value [3]  17/25 18/22
  33/8
values [2]  19/2 29/17
various [1]  6/16
vary [1]  12/20
verified [1]  36/25
version [1]  12/10
versus [1]  2/8
very [16]  3/25 6/14
  10/5 10/5 10/6 21/1
  21/5 22/17 24/11 25/9
  27/23 28/5 28/22
  28/23 39/21 40/7
via [2]  1/8 2/18
vice [2]  21/10 24/24
victim [1]  14/16
video [6]  3/1 3/23
  21/19 26/15 30/9 40/2
videos [4]  8/5 21/20
  30/14 30/16
view [2]  3/13 16/13
views [2]  18/9 26/23
violation [1]  5/5
violence [4]  6/15 12/10
  14/2 14/3
violent [2]  16/19 26/20
virtually [1]  9/21
voice [1]  18/4
voluntarily [1]  7/14
voluntary [2]  35/9
  40/10
vote [1]  21/8
voted [1]  26/25
vulnerable [1]  14/16

**W**

waive [4]  2/16 3/4
  35/13 35/23
wake [1]  18/25
wake-up [1]  18/25
walk [1]  22/19
walked [2]  21/4 27/3
walking [3]  21/1 23/20
  30/18
want [13]  2/23 2/24 4/7
  4/20 11/13 12/14
  12/20 12/25 13/15
  17/13 17/20 29/13
  39/14
wants [2]  9/11 9/13
war [1]  20/24

was [57]  3/6 5/6 5/6
  5/24 6/14 7/3 8/14
  9/20 9/20 9/21 9/22
  9/23 9/24 9/25 10/21
  14/19 15/13 18/22
  20/8 21/5 21/7 21/10
  21/15 21/21 22/3 22/8
  22/13 22/16 23/4
  23/11 23/13 23/23
  24/10 24/11 24/14
  24/23 26/3 26/5 26/6
  26/14 26/16 27/8 29/5
  29/7 29/10 29/10
  29/14 33/7 33/9 34/4
  37/7 37/25 38/10
  38/10 38/12 38/14
  39/18
Washington [5]  1/4
  1/12 1/21 38/24 41/10
Washington, [1]  30/7
Washington, D.C [1]
  30/7
wasn't [3]  27/16 29/14
  38/14
waste [1]  15/6
watch [2]  21/20 22/7
watched [1]  24/2
watching [2]  23/21
  29/4
wave [1]  24/14
waving [1]  25/3
way [10]  12/3 12/12
  15/15 16/1 16/18
  20/20 21/16 23/18
  24/22 25/24
we [17]  2/6 3/9 4/25
  5/15 6/3 9/14 9/25
  14/24 15/2 15/25
  22/23 25/20 27/12
  28/3 31/8 39/8 39/10
weapon [2]  36/10 38/7
wedge [1]  18/19
weigh [1]  32/1
well [6]  6/18 27/8
  33/12 36/16 39/1
  39/22
went [5]  26/13 27/7
  29/8 32/15 32/16
were [23]  7/15 9/23
  12/24 13/10 14/24
  20/23 21/2 21/14
  21/16 21/22 22/9
  24/25 25/11 27/7 28/3
  29/8 30/16 30/17
  31/11 31/11 33/6
  34/14 40/3
weren't [1]  21/22
west [3]  6/15 6/21
  23/20
what [37]  2/25 4/10
  4/13 4/17 4/19 6/2 6/3
  6/4 9/9 9/21 10/6
  10/10 10/11 11/9
  12/20 13/5 15/11 16/13
  18/10 19/3 19/23 20/2
  20/17 20/20 25/19
  29/13 29/24 30/11 30/2
  30/3 30/22 35/11

40/11 40/14
what's [2]  10/25 11/7
whatever [2]  9/2 15/13
when [18]  20/5 21/4
  23/19 23/23 25/22
  27/7 27/12 28/3 29/20
  29/23 29/24 30/13
  31/8 31/11 33/4 33/16
  35/10 38/10
where [16]  6/15 6/24
  15/2 15/22 16/2 22/6
  22/18 22/25 23/3 24/5
  27/21 27/23 32/6 32/8
  35/10 38/10
whether [2]  9/25 26/3
which [14]  8/2 8/14
  8/15 9/5 11/8 11/9
  14/1 25/15 26/11
  28/10 32/11 36/6
  36/14 39/21
while [7]  18/21 21/6
  22/1 25/21 29/13
  33/17 36/9
whipping [1]  20/23
whisked [1]  24/25
who [25]  2/15 4/2 4/4
  4/5 6/19 10/15 11/15
  15/15 15/23 16/18
  21/15 21/16 26/13
  27/5 28/22 28/25
  29/16 29/18 30/10
  30/14 31/9 31/18 32/4
  33/14 34/12
who's [1]  16/3
Widman [8]  1/11 2/12
  6/6 8/20 9/12 37/15
  39/20 40/12
wiggle [1]  31/17
will [24]  1/11 2/11 4/18
  7/23 9/8 9/14 9/21
  11/15 11/18 11/21
  12/22 13/11 13/18
  20/5 28/11 28/11 34/4
  35/9 35/23 36/7 37/19
  38/18 39/8 40/6
willing [2]  34/4 34/5
winded [1]  20/20
window [17]  7/2 8/13
  12/7 24/5 24/7 24/8
  24/16 24/17 26/13
  26/14 26/17 27/18
  27/18 32/12 33/9
  33/12 33/16
wing [6]  6/24 7/1 7/12
  8/14 23/25 25/4
wish [1]  19/12
within [9]  7/5 12/8
  18/19 25/17 34/13
  35/18 36/1 36/4 37/11
without [3]  8/8 15/17
  37/13
witnessed [1]  6/15
won't [1]  9/7
wonderful [1]  39/11
wondering [1]  25/13
word [3]  11/4 14/12
  14/12
words [1]  29/25

**[4]**  15/2 24/1 24/3
  29/17
works [1]  31/20
world [2]  19/11 18/2
worst [1]  27/8
worth [1]  35/22
would [42]  4/14 5/23
  5/25 6/6 8/8 8/21
  10/24 10/25 12/8
  12/12 12/19 12/25
  13/3 13/8 13/9 13/13
  14/23 15/11 15/18
  15/19 15/21 17/2 17/5
  17/12 19/23 23/7
  23/17 25/13 31/21
  32/14 34/9 34/11 35/2
  37/17 37/20 37/23
  38/3 38/4 38/6 39/3
  39/25 40/1
wouldn't [2]  12/12 32/7
write [1]  29/19
writers [1]  24/1
wrote [5]  10/14 10/22
  11/1 11/2 11/2

**Y**

year [4]  6/12 28/17
  32/25 33/10
years [1]  10/18
yes [8]  3/9 3/14 6/8
  8/23 17/15 37/17
  39/10 40/5
yet [1]  12/11
York [1]  1/12
you [202]  2/9 2/19 2/24
  2/25 3/2 3/7 4/7 5/9
  5/10 5/11 5/14 6/8
  8/19 8/20 8/21 8/23
  9/21 10/2 10/14 10/14
  12/17 13/2 13/5 13/7
  13/8 13/15 15/2 15/9
  15/9 15/11 15/13
  15/17 15/19 15/24
  16/3 16/4 16/17 17/2
  17/3 17/4 17/8 17/10
  17/12 17/13 17/17
  19/17 19/20 19/21
  20/4 20/7 20/11 20/21
  20/23 20/25 20/25
  22/7 22/12 23/2 23/3
  23/3 23/19 23/21 26/9
  26/21 26/21 26/22
  26/23 26/23 27/2 27/2
  27/3 27/7 27/7 27/7
  27/9 27/9 27/16 27/17
  27/24 27/24 28/3 28/5
  28/6 28/8 28/8 28/16
  28/17 28/20 28/22
  28/22 28/25 29/1 29/1
  29/1 29/4 29/4 29/6
  29/8 29/9 29/10 29/12
  29/13 29/16 29/16
  29/20 29/20 29/21
  29/23 29/23 29/24
  29/24 29/25 30/1 30/2
  30/3 30/6 30/9 30/11
  30/13 30/13 30/15
  30/16 30/16 30/17
  30/18 30/21 30/22

**Y**

you... [71]  31/11 31/11
31/21 31/25 32/1 32/8
32/13 32/15 32/16
32/18 32/23 32/25
32/25 33/2 33/3 33/4
33/6 34/1 34/2 34/5
34/8 34/12 34/14
34/16 34/17 34/22
35/7 35/8 35/9 35/10
35/10 35/11 35/12
35/14 35/17 35/17
35/20 35/23 35/25
36/2 36/5 36/6 36/9
36/9 36/10 36/11
36/12 36/17 36/19
36/24 37/4 37/5 37/10
37/10 37/11 37/12
37/14 37/22 37/23
38/8 38/9 38/17 38/21
39/2 39/3 39/3 39/4
40/7 40/14 40/16
40/18
you're [1]  28/18
younger [2]  25/7 34/3
your [107]  2/4 2/10
2/11 2/14 2/16 2/18
2/20 2/25 3/3 3/5 3/8
3/9 3/14 3/17 4/1 4/1
4/2 4/3 4/5 4/15 6/8
8/10 8/23 8/24 9/7
9/17 10/2 10/8 10/11
10/13 10/17 10/18
11/10 11/12 11/14
12/14 12/22 13/18
13/19 13/22 14/22
14/25 15/10 15/13
15/22 16/7 16/12 17/4
17/7 17/8 17/11 17/11
17/15 17/15 19/6 19/8
19/22 20/2 20/11
27/13 27/13 28/17
28/21 29/5 29/6 29/9
29/9 29/13 29/14
29/16 29/17 29/17
29/19 29/21 29/23
30/2 30/4 30/4 30/4
30/4 30/12 30/20
31/18 32/11 32/17
32/24 33/24 34/3 34/3
34/13 35/5 35/5 35/6
35/17 36/4 36/5 37/4
37/17 37/25 38/10
38/17 38/18 38/25
39/7 39/13 39/25 40/8
yourself [1]  31/11

**Z**

ZOOM [4]  1/8 2/16
2/18 20/4